**CIV - DIMITROULEAS**

**04-80211**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION /TORRES

In re:

LANCER PARTNERS, L.P.,

Chapter 11
Case No.: 03-50492
(AHWS)

Debtor.

Re: 277

_____/

### ORDER GRANTING DEBTOR-IN-POSSESSION'S AGREED MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

This Case is before the Court on the Motion to Transfer Venue to the United States District Court for the Southern District of Florida (the "Motion") filed by Lancer Partners L.P. (the "Debtor"), through Marty Steinberg, Esq., court-appointed receiver for Lancer Management Group II LLC ("Lancer II") the managing general partner of the Debtor and therefore, the person in control of Lancer Partners, L.P. ("Partners"). Having reviewed the Motion, and record herein, having been advised that both official committees have consented to the requested relief, there being no objections on file from the Office of The United States Trustee or from any other interested party, having determined that service of both the Motion and Notice of Hearing thereon were adequate and in compliance with the Bankruptcy Code and all applicable bankruptcy rules, and being otherwise fully advised in the premises, the Court finds that the interest of justice and the convenience of the parties will best be served by transferring this Case to the United States District Court for the Southern

320



*I*

CASE NO. 03-50492 (AHWS)

District of Florida pursuant to 28 U.S.C. § 1412 to be administered as a bankruptcy case under Title 11 and pursuant to 28 U.S.C. §1334(a) through (e). Accordingly, it is

**ORDERED:**

1. The Motion is **granted**.

2. This Case is hereby transferred to the United States District Court for the Southern District of Florida to be administered by the District Court as a bankruptcy case under Title 11 and pursuant to 28 U.S.C. §1334(a) through (e).

3. This Order shall not modify or otherwise impact the priorities of allowed claims as they otherwise exist under the Bankruptcy Code and applicable law including, but not limited to, the fact that this Order shall not impact, waive or otherwise prejudice the respective priorities of the claims and interests of the various creditors in this Case. Further, all orders and other rulings entered in this Case shall remain effective in accordance with their terms, all filings filed in this Case shall be deemed filed as if said filings were filed in the United States District Court for the Southern District of Florida, all rights and remedies available to creditors and the debtor in this Case shall remain unaffected and unprejudiced by virtue of the transfer, and the Case shall continue to be governed by and construed under the United States Bankruptcy Code.

4. The official committees appointed in this Case shall continue to exist with the same rights and obligations that exist under the Bankruptcy Code and applicable law.

2

CASE NO. 03-50492 (AHWS)

5. The Clerk of the Court shall take whatever steps are necessary to expeditiously effect the transfer of this Case directly to the United States District Court for the Southern District of Florida.

**ENTERED** this _10_ day of _February_, **2004** in the District of Connecticut.

_____
HONORABLE ALAN H. W. SHIFF

Attorney James Berman
shall serve a copy of this Order
upon all parties in interest

3