TRANSOUT

# U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
## Bankruptcy Petition #: 03-50492
### Internal Use Only

04-80211-CV-2LOCH

*Assigned to:* Alan H.W. Shiff
Chapter 11
Voluntary
Asset

*Date Filed:* 04/16/2003

| | | |
|---|---|---|
| **Lancer Partners, Limited Partnership**<br>305 Bedford Street<br>Suite 307<br>Stamford, CT 06901<br>Tax id: 06-1502569<br>*Debtor* | represented by | **James Berman** ➕<br>Zeisler and Zeisler<br>558 Clinton Avenue<br>P.O. Box 3186<br>Bridgeport, CT 06605<br>(203) 368-4234 |
| **Official Committee of Limited Partners**<br>*Creditor Committee* | represented by | **Carol A. Felicetta**<br>Reid and Riege, P.C. ➕<br>234 Church Street<br>9th Floor<br>New Haven, CT 06510-1819<br>(203) 777-8008<br>*TERMINATED: 06/11/2003* |
| | | **John F. Carberry**<br>Cummings & Lockwood<br>Four Stamford Plaza<br>P.O. Box 120<br>Stamford, CT 06904-0120<br>(203) 327-1700 |
| | | **Timothy T. Brock**<br>Satterlee, Stephens, Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>(212) 818-9200 |

...tify that this is a true and correct copy of the
...nal which is on file at the Office of the Clerk.
...n...G (al a...  2-25-14
...ty Clerk, U.S. Bankruptcy Court    ✱  Date

| Filing Date | Docket Text |
|---|---|
| 04/16/2003 | 1 Voluntary Petition missing documents: Exhibit A Rule 2016(b) Statement , |

Disclosure statement due 8/14/03 Chapter 11 Plan due 8/14/03 ;Proof of Claim (gov) Deadline: 10/14/03 ( Filing Fee $ 800.00 Receipt # 538274) (M. James) (Entered: 04/21/2003)

| | |
|---|---|
| 04/16/2003 | Administrative Fee Paid ( Fee $ 30.00 Receipt # 538274) (M. James) (Entered: 04/21/2003) |
| 04/16/2003 | 6 Application By Debtor Lancer Partners, Limited Partnership To Employ Zeisler & Zeisler . (K. Fox) (Entered: 04/23/2003) |
| 04/21/2003 | 2 Notice of First Meeting of Creditors Scheduled For 10:00 5/19/03 At Office of the U.S. Trustee ; Last Day to Oppose Discharge 7/18/03 (M. James) (Entered: 04/21/2003) |
| 04/21/2003 | Update Deadline . ;Proofs of Claim Due on 8/18/03 (M. James) (Entered: 04/21/2003) |
| 04/21/2003 | 5 Chapter 11 Fast Track Case Management Order 1. Scheduling Conference set for 2:00 5/5/03 at Room 123, Courtroom with Certificate of Mailing thereon. (K. Fox) (Entered: 04/22/2003) |
| 04/21/2003 | 7 Notice of Appearance And Request for Service of Notice By Robert M. Dombroff for Creditor Larson C. Robert, Creditor GM Capital Partners, LLC, Creditor Stocker Investment Co., LLC, Creditor Taubman Investments Long/Short Strategic. (K. Fox) (Entered: 04/23/2003) |
| 04/22/2003 | 3 Order To Pay Federal Pre-Petition Taxes, Interest Penalty and Post Petition to the I.R.S. with Certificate of Mailing thereon. (M. James) (Entered: 04/22/2003) |
| 04/22/2003 | 4 Order To Pay State Pre-Petition Taxes, Interest Penalty and Post-Petition to the State of Connecticut. with Certificate of Mailing thereon. (M. James) (Entered: 04/22/2003) |
| 04/24/2003 | 8 BNC's Certificate of Service for 341 Meeting Notice (Admin) (Entered: 04/24/2003) |
| 04/24/2003 | 9 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [4-1] Order To Pay State Pre-Petition Taxes, Interest Penalty and Post-Petition to the State of Connecticut. . (K. Fox) (Entered: 04/25/2003) |
| 04/24/2003 | 10 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [3-1] Order To Pay Federal Pre-Petition Taxes, Interest Penalty and Post Petition to the I.R.S. . (K. Fox) (Entered: 04/25/2003) |
| 04/28/2003 | 11 Notice of Appearance And Request for Service of Notice By Gary S. Klein for Creditor Cooperfund Partners, LLC. (K. Fox) (Entered: 04/30/2003) |

04/30/2003    12 Motion By Ad Hoc Committee of Unsecured Creditors To Appoint Trustee .
              (K. Fox) (Entered: 05/02/2003)

04/30/2003    13 Motion By Interested Party Committee of Unsecured Creditors To Expedite
              Hearing Re: ( [12-1] Motion To Appoint Trustee by Committee of Unsecured
              Creditors ) and To Limit Notice in re: [12-1] Motion To Appoint Trustee by
              Committee of Unsecured Creditors (K. Fox) (Entered: 05/02/2003)

04/30/2003    15 Notice of Appearance And Request for Service of Notice By John F. Carberry
              for Interested Party Committee of Unsecured Creditors . (K. Fox) (Entered:
              05/02/2003)

04/30/2003    16 Notice of Appearance And Request for Service of Notice By Thomas D.
              Goldberg for Creditor Morgan Stanley Alternative Investment LP. (K. Fox)
              (Entered: 05/02/2003)

05/01/2003    14 ORDER Granting [13-2] Motion To Limit Notice in re: [12-1] Motion To
              Appoint Trustee by Committee of Unsecured Creditors by Committee of
              Unsecured Creditors Granting [13-1] Motion To Expedite Hearing Re: ( [12-1]
              Motion To Appoint Trustee by Committee of Unsecured Creditors ) by Committee
              of Unsecured Creditors Hearing reset To 2:00 5/5/03 at Room 123, Courtroom ,
              with Certificate of Mailing thereon. (K. Fox) (Entered: 05/02/2003)

05/01/2003    17 Motion By Joseph P. Moodhe for Creditor Morgan Stanley Alternative
              Investment LP through local counsel Thomas D. Goldberg To Appear Pro Hac
              Vice (K. Fox) (Entered: 05/02/2003)

05/01/2003    18 Motion By Creditor Morgan Stanley Alternative Investment LP To Appoint
              Trustee . (K. Fox) (Entered: 05/02/2003)

05/01/2003    19 Notice of Appearance And Request for Service of Notice By Joseph P. Moodhe
              for Creditor Morgan Stanley Alternative Investment LP, Thomas D. Goldberg for
              Creditor Morgan Stanley Alternative Investment LP . (K. Fox) (Entered:
              05/02/2003)

05/01/2003    20 Motion By Debtor Lancer Partners, Limited Partnership To Extend Time To
              File Schedules & Statements . (K. Fox) (Entered: 05/05/2003)

05/01/2003    24 Notice of Appearance And Request for Service of Notice By Jonathan B. Alter
              for Creditor Larson C. Robert, Creditor GM Capital Partners, LLC, Creditor
              Stocker Investment Co., LLC, Creditor Taubman Investments Long/Short
              Strategie. (K. Fox) (Entered: 05/05/2003)

05/02/2003     Status conference Re: [12-1] Motion To Appoint Trustee by Committee of
              Unsecured Creditors continued to 2:00 5/7/03 at Room 123, Courtroom (R.
              Senteio) (Entered: 05/02/2003)

05/02/2003        21 Notice of Appearance And Request for Service of Notice By Mark S. Gregory
                  for Creditor Walter D. O'Hearn. (K. Fox) (Entered: 05/05/2003)

05/02/2003        22 Notice of Appearance And Request for Service of Notice By Delphine W.
                  Knight Brown for Creditor Walter D. O'Hearn. (K. Fox) (Entered: 05/05/2003)

05/02/2003        23 Notice of Appearance And Request for Service of Notice By Brian C. Courtney
                  for Creditor Frank Foster 1999 Trust, Creditor F.P. Hixon Trust FBO Betsy
                  Geiger, Creditor Elizabeth Hunter Revocable Trust. (K. Fox) (Entered:
                  05/05/2003)

05/02/2003        28 Motion By Scott M. Berman for Creditor Frank Foster 1999 Trust, Creditor
                  F.P. Hixon Trust FBO Betsy Geiger, Creditor Elizabeth Hunter Revocable Trust
                  through local counsel Brian Courtney To Appear Pro Hac Vice (K. Fox) (Entered:
                  05/07/2003)

05/05/2003         Status conference Re: [12-1] Motion To Appoint Trustee by Committee of
                  Unsecured Creditors continued to 2:00 5/7/03 at Room 123, Courtroom. (R.
                  Senteio) (Entered: 05/05/2003)

05/05/2003        25 Motion By Creditor Frank Foster 1999 Trust, Creditor Elizabeth Hunter
                  Revocable Trust To Appoint Trustee . (K. Fox) (Entered: 05/06/2003)

05/05/2003        26 Request by Creditor KFP Investors Partnership for Notice. (K. Fox) (Entered:
                  05/06/2003)

05/05/2003        27 Request by Creditor Elayne Herrick 2002 Irrevocable Trust for Notice. (K. Fox)
                  (Entered: 05/06/2003)

05/07/2003        29 Stipulated Order by Creditor Frank Foster 1999 Trust, Creditor F.P. Hixon
                  Trust FBO Betsy Geiger, Creditor Elizabeth Hunter Revocable Trust, Creditor
                  Walter D. O'Hearn, Creditor Morgan Stanley Alternative Investment LP, Interested
                  Party Committee of Unsecured Creditors, Debtor Lancer Partners, Limited
                  Partnership Granting in Part, Denying in Part [12-1] Motion To Appoint Trustee
                  by Committee of Unsecured Creditors with Certificate of Mailing thereon.
                  Examiner is appointed. (K. Fox) (Entered: 05/08/2003)

05/07/2003         Status conference Held Re: [12-1] Motion To Appoint Trustee by Committee of
                  Unsecured Creditors . (R. Senteio) (Entered: 05/08/2003)

05/07/2003        34 Rule 2019 Verified Statement of Attorney filed by Foley & Larnder and
                  Cummings & Lockwood for Ad Hoc Committee of Unsecured Creditors (K. Fox)
                  (Entered: 05/08/2003)

05/07/2003        35 Debtor's Pre-Conference Statement filed by James Berman for Debtor Lancer
                  Partners, Limited Partnership (K. Fox) (Entered: 05/08/2003)

05/07/2003    37 Motion By Scott T. Seabolt for Interested Party Committee of Unsecured Creditors through local counsel John Carberry To Appear Pro Hac Vice (K. Fox) (Entered: 05/09/2003)

05/07/2003    38 Motion By Paul J. Astolfi for Interested Party Committee of Unsecured Creditors through local counsel John Carberry To Appear Pro Hac Vice (K. Fox) (Entered: 05/09/2003)

05/07/2003    39 Motion By Salvatore A. Barbatano for Interested Party Committee of Unsecured Creditors through local counsel John Carberry To Appear Pro Hac Vice (K. Fox) (Entered: 05/09/2003)

05/07/2003    42 Substitute [29-1] Stipulation Order by Lancer Partners, Limited Partnership, Committee of Unsecured Creditors, Morgan Stanley Alternative Investment LP, Walter D. O'Hearn, Elizabeth Hunter Revocable Trust, F.P. Hixon Trust FBO Betsy Geiger, Frank Foster 1999 Trust . with Certificate of Mailing thereon. (K. Fox) (Entered: 05/15/2003)

05/08/2003    30 ORDER Granting [28-1] Motion To Appear Pro Hac Vice by Scott M. Berman , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/08/2003)

05/08/2003    31 ORDER Granting [6-1] Application To Employ Zeisler & Zeisler by Lancer Partners, Limited Partnership , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/08/2003)

05/08/2003    32 ORDER Granting [20-1] Motion To Extend Time To File Schedules & Statements by Lancer Partners, Limited Partnership ;Missing Documents due: 6/2/03 , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/08/2003)

05/08/2003    33 ORDER Granting [17-1] Motion To Appear Pro Hac Vice by Joseph P. Moodhe , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/08/2003)

05/09/2003    36 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [29-1] Stipulation Order by Lancer Partners, Limited Partnership, Committee of Unsecured Creditors, Morgan Stanley Alternative Investment LP, Walter D. O'Hearn, Elizabeth Hunter Revocable Trust, F.P. Hixon Trust FBO Betsy Geiger, Frank Foster 1999 Trust . (K. Fox) (Entered: 05/09/2003)

05/09/2003    40 ORDER Appointing Equity Committee , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/12/2003)

05/14/2003    41 Motion By Richard G. Ziegler for Creditor Cooperfund Partners, LLC through local counsel Gary S. Klein To Appear Pro Hac Vice (K. Fox) (Entered: 05/14/2003)

05/14/2003    43 ORDER Directing the U.S. Trustee to Appoint an Examiner , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/15/2003)

| 05/15/2003 | <u>44</u> Motion By the Ad Hoc Committee for Unsecured Creditors For Appointment of an Official Creditors' Committee . (K. Fox) (Entered: 05/16/2003) |
|---|---|

05/15/2003     <u>45</u> Motion By Ad Hoc Committee of Unsecured Creditors To Expedite Hearing Re: ( [44-1] Motion For Appointment of an Official Creditors' Committee ) and To Limit Notice in re: [44-1] Motion For Appointment of an Official Creditors' Committee (K. Fox) (Entered: 05/16/2003)

05/15/2003     <u>46</u> ORDER Granting [45-2] Motion To Limit Notice in re: [44-1] Motion For Appointment of an Official Creditors' Committee by Committee of Unsecured Creditors Granting [45-1] Motion To Expedite Hearing Re: ( [44-1] Motion For Appointment of an Official Creditors' Committee ) by Committee of Unsecured Creditors Hearing reset To 10:00 5/19/03 at Room 123, Courtroom , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/16/2003)

05/15/2003     <u>47</u> Notice of Appearance And Request for Service of Notice By Joshua W. Cohen for Interested Party Committee of Unsecured Creditors. (K. Fox) (Entered: 05/16/2003)

05/16/2003     <u>48</u> Notice of Appeal By Interested Party U. S. Trustee Appellant Designation Due: 5/27/03 RE: [40-1] Order Appointing Equity Committee ( Filing Fee $ none Receipt # none). cc: all parties to the appeal. (K. Fox) (Entered: 05/19/2003)

05/19/2003     Added U. S. Trustee. (K. Fox) (Entered: 05/19/2003)

05/19/2003     49 Objection By Creditor Walter D. O'Hearn To [44-1] Motion For Appointment of an Official Creditors' Committee Hearing Scheduled for 10:00 5/19/03 at Room 123, Courtroom . (K. Fox) (Entered: 05/19/2003)

05/19/2003     <u>50</u> Objection By Interested Party U. S. Trustee To [44-1] Motion For Appointment of an Official Creditors' Committee Hearing Scheduled for 10:00 5/19/03 at Room 123, Courtroom . (K. Fox) (Entered: 05/19/2003)

05/19/2003     <u>51</u> Objection By Interested Party U. S. Trustee To Claim(s) 1 through 22, Inclusive. (K. Fox) (Entered: 05/19/2003)

05/19/2003     <u>52</u> ORDER Granting [39-1] Motion To Appear Pro Hac Vice by Salvatore A. Barbatano , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/20/2003)

05/19/2003     First Meeting Continued to 2:00 5/21/03 at Office of the U.S. Trustee (S. Staton) (Entered: 05/22/2003)

05/19/2003     Hearing Held Re: [50-1] Objection by U. S. Trustee, [49-1] Objection by Walter D. O'Hearn, [44-1] Motion For Appointment of an Official Creditors' Committee - a committee will be appointed. (R. Senteio) (Entered: 05/30/2003)

05/20/2003     <u>54</u> Request for Entry of Proposed Order by John F. Carberry for Interested Party

Committee of Unsecured Creditors [44-1] Motion For Appointment of an Official Creditors' Committee (K. Fox) (Entered: 05/21/2003)

05/21/2003   53 Motion By Creditor Fred S. Shaffer, Creditor Timothy W. Chase, Creditor Stanley S. Trotman, Creditor Stephen T. Scott, Creditor Richard C. Riggs For An Order Appointing An Official Committee of Equity Security Holders or To Compel U. S. Trustee to Comply With Order Directing the U.S. Trustee to Appoint An Equity Committee Filing Fee $ none Receipt # none (K. Fox) (Entered: 05/21/2003)

05/21/2003   55 Motion By Eric A. Henzy for Creditor Fred S. Shaffer, Creditor Timothy W. Chase, Creditor Stanley S. Trotman, Creditor Stephen T. Scott, Creditor Richard C. Riggs To Expedite Hearing Re: ( [53-1] Motion For An Order Appointing An Official Committee of Equity Security Holders by Richard C. Riggs Jr., Stephen T. Scott, Stanley S. Trotman Jr., Timothy W. Chase, Fred S. Shaffer, [53-2] Motion To Compel U. S. Trustee to Comply With Order Directing the U.S. Trustee to Appoint An Equity Committee Filing Fee $ none Receipt # none by Richard C. Riggs Jr., Stephen T. Scott, Stanley S. Trotman Jr., Timothy W. Chase, Fred S. Shaffer ) . (K. Fox) (Entered: 05/21/2003)

05/21/2003   56 Order To Show Cause Why Patricia Beary Should Not Be Held In Contempt For Failing To Obey the May 9, 2003 Order and the May 19, 2003 Bench Ruling; Show Cause Hearing Set For 11:00 5/22/03 AT Room 123, Courtroom with Certificate of Mailing thereon. (K. Fox) (Entered: 05/21/2003)

05/21/2003   57 Order To Show Cause Why Patricia Beary Should Not Be Held In Contempt For Failing To Comply With Court Directives and Why The So-called Limited Partner Committee Appointed Should Not Be Disbanded; Show Cause Hearing Set For 11:00 5/22/03 AT Room 123, Courtroom with Certificate of Mailing thereon. (K. Fox) (Entered: 05/21/2003)

05/21/2003    First Meeting Continued to 10:00 6/2/03 at Office of the U.S. Trustee (S. Staton) (Entered: 05/23/2003)

05/21/2003   58 Appointment of Committee of Limited Partners by U.S. Trustee (K. Fox) (Entered: 06/03/2003)

05/22/2003   59 Motion By Patricia Beary for Interested Party U. S. Trustee To Continue Hearing On:( [57-1] Show Cause Order, [56-1] Show Cause Order ) . (K. Fox) (Entered: 05/22/2003)

05/22/2003   60 Withdrawal filed by Interested Party U. S. Trustee re:[48-1] Notice of Appeal by U. S. Trustee (K. Fox) (Entered: 05/22/2003)

05/22/2003   61 Withdrawal filed by Interested Party U. S. Trustee re:[51-1] Claims Objection by U. S. Trustee (K. Fox) (Entered: 05/22/2003)

05/22/2003   62 Disbandment of Official Committee of Limited Partners filed by Patricia Beary

for Interested Party U. S. Trustee (K. Fox) (Entered: 05/22/2003)

| | |
|---|---|
| 05/22/2003 | <u>63</u> Appointment of Official Equity Committee filed by Patricia Beary for Interested Party U. S. Trustee (K. Fox) (Entered: 05/22/2003) |
| 05/22/2003 | <u>64</u> Appointment fo Official Creditors' Committe of Redeeming Limited Partners filed by Patricia Beary for Interested Party U. S. Trustee (K. Fox) (Entered: 05/22/2003) |
| 05/22/2003 | <u>65</u> Notice of Appearance And Request for Service of Notice By Scott M. Berman for Creditor Frank Foster 1999 Trust, Creditor F.P. Hixon Trust FBO Betsy Geiger, Creditor Elizabeth Hunter Revocable Trust . (K. Fox) (Entered: 05/22/2003) |
| 05/22/2003 | <u>66</u> Motion By Timothy T. Brock for Creditor Official Committee of Limited Partners through local counsel Delphine W. Knight Brown To Appear Pro Hac Vice (K. Fox) (Entered: 05/23/2003) |
| 05/22/2003 | <u>67</u> Amended Motion by Richard G. Ziegler for Creditor Cooperfund Partners, LLC To Appear Pro Hac Vice re: [41-1] Motion To Appear Pro Hac Vice by Richard G. Ziegler (K. Fox) (Entered: 05/23/2003) |
| 05/22/2003 | <u>68</u> Request by Creditor Suzanne R. Skees 1996 Inter Vivos Trust, Creditor Brian L. Hinman for Notice. (K. Fox) (Entered: 05/23/2003) |
| 05/22/2003 | Hearing Off RE: [56-1] Show Cause Order - U. S. Trustee complied with prior orders and directives. (R. Senteio) (Entered: 05/28/2003) |
| 05/22/2003 | Hearing Off RE: [57-1] Show Cause Order - U. S. Trustee complied with prior orders and directives. (R. Senteio) (Entered: 05/28/2003) |
| 05/23/2003 | <u>70</u> Amended [63-1] Appointment of Official Equity Committee by Patricia Beary . filed by Interested Party U. S. Trustee (K. Fox) (Entered: 05/27/2003) |
| 05/23/2003 | <u>69</u> Amended [58-1] Committee Appointment . filed by Interested Party U. S. Trustee (K. Fox) (Entered: 06/03/2003) |
| 05/27/2003 | <u>71</u> Request by Creditor KFP Investors Partnership for Notice. (K. Fox) (Entered: 05/28/2003) |
| 05/27/2003 | <u>72</u> Amended Motion by Scott T. Seabolt for Interested Party Committee of Unsecured Creditors To Appear Pro Hac Vice re: [37-1] Motion To Appear Pro Hac Vice by Scott T. Seabolt (K. Fox) (Entered: 05/29/2003) |
| 05/27/2003 | <u>73</u> Amended Motion by Paul J. Astolfi for Interested Party Committee of Unsecured Creditors To Appear Pro Hac Vice re: [38-1] Motion To Appear Pro Hac Vice by Paul J. Astolfi (K. Fox) (Entered: 05/29/2003) |

05/28/2003    <u>76</u> Application Filed By Interested Party U. S. Trustee For Order Approving Appointment of Examiner (K. Fox) (Entered: 05/29/2003)

05/29/2003    <u>74</u> ORDER Granting [67-1] Amended Motion To Appear Pro Hac Vice by Richard G. Ziegler , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/29/2003)

05/29/2003    <u>75</u> ORDER Denying [66-1] Motion To Appear Pro Hac Vice by Timothy T. Brock , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/29/2003)

05/29/2003    <u>77</u> ORDER Granting [76-1] Application For Order Approving Appointment of Examiner by U. S. Trustee , with Certificate of Mailing thereon. (K. Fox) (Entered: 05/29/2003)

05/29/2003    80 Transcript of Hearing held on 5/19/03 (K. Fox) (Entered: 06/03/2003)

06/02/2003    Added Deborah Smith. (K. Fox) (Entered: 06/02/2003)

06/02/2003    <u>78</u> ORDER Granting [73-1] Amended Motion To Appear Pro Hac Vice by Paul J. Astolfi , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/02/2003)

06/02/2003    <u>79</u> ORDER Granting [72-1] Amended Motion To Appear Pro Hac Vice by Scott T. Seabolt , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/02/2003)

06/02/2003    <u>81</u> Motion By Debtor Lancer Partners, Limited Partnership To Extend Time To File Schedules and Statement of Financial Affairs . (K. Fox) (Entered: 06/03/2003)

06/02/2003    First Meeting Continued to 11:00 6/30/03 at Office of the U.S. Trustee (S. Staton) (Entered: 06/10/2003)

06/03/2003    <u>82</u> Notice of Acceptance filed by Examiner Deborah Smith (K. Fox) (Entered: 06/04/2003)

06/03/2003    <u>83</u> Affidavit Filed by Examiner Deborah Smith re: [82-1] Notice of Acceptance by Deborah Smith . (K. Fox) (Entered: 06/04/2003)

06/04/2003    Added Official Committee of Equity Holders. (K. Fox) (Entered: 06/04/2003)

06/05/2003    <u>84</u> Application By Examiner Deborah M. Smith To Employ Greenberg Taurig, LLP as Counsel . (K. Fox) (Entered: 06/05/2003)

06/05/2003    <u>85</u> Application By Examiner Deborah M. Smith To Employ FTI Consulting, Inc. as Financial Advisor . (K. Fox) (Entered: 06/05/2003)

06/05/2003    <u>86</u> Motion by Examiner Deborah M. Smith For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing Her

Duties and Responsibilities (K. Fox) (Entered: 06/06/2003)

06/05/2003     87 Motion By Examiner Deborah M. Smith To Limit Notice in re: [86-1] Motion
               For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign
               Representative and Establishing Her Duties and Responsibilities by Deborah M.
               Smith and To Expedite Hearing Re: ( [86-1] Motion For Order Pursuant to Section
               105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing
               Her Duties and Responsibilities by Deborah M. Smith ) (K. Fox) (Entered:
               06/06/2003)

06/05/2003     88 ORDER Granting [87-2] Motion To Expedite Hearing Re: ( [86-1] Motion For
               Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign
               Representative and Establishing Her Duties and Responsibilities by Deborah M.
               Smith ) by Deborah M. Smith Hearing reset To 2:00 6/9/03 at Room 123,
               Courtroom, Granting [87-1] Motion To Limit Notice in re: [86-1] Motion For
               Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign
               Representative and Establishing Her Duties and Responsibilities by Deborah M.
               Smith by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox)
               (Entered: 06/06/2003)

06/06/2003     89 Notice of Appearance And Request for Service of Notice By Richard G. Ziegler
               for Creditor Cooperfund Partners, LLC . (K. Fox) (Entered: 06/06/2003)

06/09/2003     Hearing Re: [86-1] Motion For Order Pursuant to Section 105(A) Appointing
               Deborah M. Smith as Foreign Representative and Establishing Her Duties and
               Responsibilities by Deborah M. Smith Rescheduled 3:30 6/10/03 at Room 123,
               Courtroom (K. Fox) (Entered: 06/09/2003)

06/09/2003     90 Motion By Examiner Deborah M. Smith For 2004 Examination of Various
               Entities of the Debtor and Affiliated with the Debtor, Compelling Oral
               Examination fo and Documents Production in Connection with the Bankruptcy
               Court's May 7, 2003 Order . (faxed copy) (K. Fox) (Entered: 06/10/2003)

06/09/2003     91 Motion By Examiner Deborah M. Smith To Limit Notice in re: [90-1] Motion
               For 2004 Examination of Various Entities of the Debtor and Affiliated with the
               Debtor, Compelling Oral Examination fo and Documents Production in
               Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith
               and To Expedite Hearing Re: ( [90-1] Motion For 2004 Examination of Various
               Entities of the Debtor and Affiliated with the Debtor, Compelling Oral
               Examination fo and Documents Production in Connection with the Bankruptcy
               Court's May 7, 2003 Order by Deborah M. Smith ) (Facsimile Copy) (K. Fox)
               (Entered: 06/10/2003)

06/09/2003     92 ORDER Granting [91-2] Motion To Expedite Hearing Re: ( [90-1] Motion For
               2004 Examination of Various Entities of the Debtor and Affiliated with the
               Debtor, Compelling Oral Examination fo and Documents Production in
               Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith
               ) by Deborah M. Smith Hearing reset To 2:00 6/10/03 at Room 123, Courtroom,

Granting [91-1] Motion To Limit Notice in re: [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/10/2003)

| | |
|---|---|
| 06/09/2003 | 93 Application By Creditor Committee Official Committee of Limited Partners To Employ Foley & Lardner as Counsel . (K. Fox) (Entered: 06/10/2003) |
| 06/09/2003 | 94 Objection By Interested Party Official Committee of Equity Holders To [85-1] Application To Employ FTI Consulting, Inc. as Financial Advisor by Deborah M. Smith, [84-1] Application To Employ Greenberg Taurig, LLP as Counsel by Deborah M. Smith . (K. Fox) (Entered: 06/10/2003) |
| 06/09/2003 | 95 Objection By Interested Party Official Committee of Equity Holders To [86-1] Motion For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing Her Duties and Responsibilities by Deborah M. Smith Hearing Scheduled for 3:30 6/10/03 at Room 123, Courtroom . (K. Fox) (Entered: 06/10/2003) |
| 06/09/2003 | 111 Objection By Debtor Lancer Partners, Limited Partnership To [86-1] Motion For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing Her Duties and Responsibilities by Deborah M. Smith . (K. Fox) (Entered: 06/11/2003) |
| 06/10/2003 | Hearing Re: [84-1] Application To Employ Greenberg Taurig, LLP as Counsel by Deborah M. Smith continued to 9:00 6/11/03 at Room 123, Courtroom (R. Senteio) (Entered: 06/10/2003) |
| 06/10/2003 | Hearing Re: [94-1] Objection by Official Committee of Equity Holders continued to 9:00 6/11/03 at Room 123, Courtroom, [85-1] Application To Employ FTI Consulting, Inc. as Financial Advisor by Deborah M. Smith continued to 9:00 6/11/03 at Room 123, Courtroom (R. Senteio) (Entered: 06/10/2003) |
| 06/10/2003 | Hearing Re: [95-1] Objection by Official Committee of Equity Holders continued to 9:00 6/11/03 at Room 123, Courtroom, [86-1] Motion For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing Her Duties and Responsibilities by Deborah M. Smith continued to 9:00 6/11/03 at Room 123, Courtroom (R. Senteio) (Entered: 06/10/2003) |
| 06/10/2003 | Hearing Re: [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith continued to 9:00 6/11/03 at Room 123, Courtroom (R. Senteio) (Entered: 06/10/2003) |
| 06/10/2003 | 96 ORDER Granting [86-1] Motion For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing Her |

Duties and Responsibilities by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/11/2003)

06/10/2003     97 Motion By Hal M. Hirsch for Examiner Deborah M. Smith through local counsel David L. Barrack To Appear Pro Hac Vice (K. Fox) (Entered: 06/11/2003)

06/10/2003     98 ORDER Granting [97-1] Motion To Appear Pro Hac Vice by Hal M. Hirsch , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/11/2003)

06/10/2003     99 Amended Motion by Examiner Deborah M. Smith For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination of and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order re: [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination of and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith Hearing Scheduled for 9:00 6/11/03 at Room 123, Courtroom (K. Fox) (Entered: 06/11/2003)

06/10/2003     100 Amended Motion by Examiner Deborah M. Smith To Limit Notice in re: [99-1] Amended Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination of and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith , To Expedite Hearing Re: ( [99-1] Amended Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination of and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith ) re: [91-1] Motion To Limit Notice in re: [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith, [91-2] Motion To Expedite Hearing Re: ( [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith ) by Deborah M. Smith Hearing Scheduled for 9:00 6/11/03 at Room 123, Courtroom (K. Fox) (Entered: 06/11/2003)

06/10/2003     101 Certificate of Service filed by David L. Barrack for Examiner Deborah M. Smith in re: [86-1] Motion For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing Her Duties and Responsibilities by Deborah M. Smith . (K. Fox) (Entered: 06/11/2003)

06/10/2003     102 Certificate of Service filed by David L. Barrack for Examiner Deborah M. Smith in re: [91-2] Motion To Expedite Hearing Re: ( [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith ) by Deborah M. Smith . (K. Fox) (Entered: 06/11/2003)

06/10/2003          103 Certificate of Service filed by David L. Barrack for Examiner Deborah M.
                    Smith in re: [92-1] Order . (K. Fox) (Entered: 06/11/2003)

06/10/2003          104 Certificate of Service filed by David L. Barrack for Examiner Deborah M.
                    Smith in re: [100-2] Amended Motion To Expedite Hearing Re: ( [99-1] Amended
                    Motion For 2004 Examination of Various Entities of the Debtor and Affiliated
                    with the Debtor, Compelling Oral Examination of and Documents Production in
                    Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith
                    ) by Deborah M. Smith, [100-1] Amended Motion To Limit Notice in re: [99-1]
                    Amended Motion For 2004 Examination of Various Entities of the Debtor and
                    Affiliated with the Debtor, Compelling Oral Examination of and Documents
                    Production in Connection with the Bankruptcy Court's May 7, 2003 Order by
                    Deborah M. Smith by Deborah M. Smith . (K. Fox) (Entered: 06/11/2003)

06/10/2003          105 Affidavit Filed by David L. Barrack for Examiner Deborah M. Smith re:
                    [85-1] Application To Employ FTI Consulting, Inc. as Financial Advisor by
                    Deborah M. Smith . (K. Fox) (Entered: 06/11/2003)

06/10/2003          106 Affidavit Filed by David L. Barrack for Examiner Deborah M. Smith re:
                    [84-1] Application To Employ Greenberg Taurig, LLP as Counsel by Deborah M.
                    Smith . (K. Fox) (Entered: 06/11/2003)

06/10/2003          107 Response By David L. Barrack for Examiner Deborah M. Smith To [94-1]
                    Objection by Official Committee of Equity Holders . (K. Fox) (Entered:
                    06/11/2003)

06/10/2003          108 Certificate of Service filed by Eric A. Henzy for Creditor Fred S. Shaffer,
                    Creditor Timothy W. Chase, Creditor Stanley S. Trotman, Creditor Stephen T.
                    Scott, Creditor Richard C. Riggs in re: [95-1] Objection by Official Committee of
                    Equity Holders . (K. Fox) (Entered: 06/11/2003)

06/10/2003          109 Notice of Appearance And Request for Service of Notice By Carol A.
                    Felicetta for Interested Party Official Committee of Equity Holders. (K. Fox)
                    (Entered: 06/11/2003)

06/10/2003          110 Motion By Creditor Committee Official Committee of Limited Partners To
                    Compel Debtor to File Schedules and Statement of Financial Affairs Filing Fee $
                    none Receipt # none . (K. Fox) (Entered: 06/12/2003)

06/10/2003          111 Concurrence in Support of Appointment of Deborah M. Smith as Examiner
                    filed by John F. Carberry for Interested Party Committee of Unsecured Creditors
                    (K. Fox) (Entered: 06/12/2003)

06/10/2003          112 Certificate of Service filed by James Berman for Debtor Lancer Partners,
                    Limited Partnership in re: [111-1] Objection by Lancer Partners, Limited
                    Partnership . (K. Fox) (Entered: 06/12/2003)

06/10/2003          114 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [113-1] Objection by Lancer Partners, Limited Partnership . (K. Fox) (Entered: 06/12/2003)

06/11/2003          Added Attorney David L. Barrack (K. Fox) (Entered: 06/11/2003)

06/11/2003          Terminated attorney Carol A. Felicetta for Official Committee of Limited Partners (K. Fox) (Entered: 06/11/2003)

06/11/2003          Hearing Held Re: [84-1] Application To Employ Greenberg Taurig, LLP as Counsel by Deborah M. Smith - granted; proposed order to be filed. (R. Senteio) (Entered: 06/18/2003)

06/11/2003          Hearing Held Re: [85-1] Application To Employ FTI Consulting, Inc. as Financial Advisor by Deborah M. Smith - granted; proposed order to be filed. (R. Senteio) (Entered: 06/18/2003)

06/11/2003          Hearing Held Re: [95-1] Objection by Official Committee of Equity Holders, [86-1] Motion For Order Pursuant to Section 105(A) Appointing Deborah M. Smith as Foreign Representative and Establishing Her Duties and Responsibilities by Deborah M. Smith - granted. (R. Senteio) (Entered: 06/18/2003)

06/11/2003          Hearing Held Re: [94-1] Objection by Official Committee of Equity Holders - withdrawn. (R. Senteio) (Entered: 06/18/2003)

06/11/2003          Hearing Held Re: [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith - subpoena's may be filed. (R. Senteio) (Entered: 06/18/2003)

06/12/2003          113 Objection By Debtor Lancer Partners, Limited Partnership To [85-1] Application To Employ FTI Consulting, Inc. as Financial Advisor by Deborah M. Smith, [84-1] Application To Employ Greenberg Taurig, LLP as Counsel by Deborah M. Smith . (K. Fox) (Entered: 06/12/2003)

06/12/2003          115 ORDER Granting [81-1] Motion To Extend Time To File Schedules and Statement of Financial Affairs by Lancer Partners, Limited Partnership ;Missing Documents due: 6/17/03 , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/13/2003)

06/13/2003          116 ORDER Denying [110-1] Motion To Compel Debtor to File Schedules and Statement of Financial Affairs Filing Fee $ none Receipt # none by Official Committee of Limited Partners , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/16/2003)

06/16/2003          Request for Transcript by Thomas D. Goldberg for Creditor Morgan Stanley

|            | Alternative Investment LP in re: hearing 6/11/03 (D. Byrd) (Entered: 06/17/2003) |
|------------|---|
| 06/19/2003 | Request for Transcript by Atty William Chipman in re: hearing of 6/10/93 and 6/11/03 (D. Byrd) (Entered: 06/25/2003) |
| 06/23/2003 | 117 Application By Creditor Committee Official Committee of Limited Partners To Employ Cummings and Lockwood LLC . (K. Fox) (Entered: 06/23/2003) |
| 06/23/2003 | 118 Transcript of Hearing held on 6/11/03 (K. Fox) (Entered: 06/24/2003) |
| 06/24/2003 | 119 Objection By Interested Party Official Committee of Equity Holders To Invoices for Professional Fees and Expenses of Deborah Smith, The Examiner; Greenberg Traurig, Counsel to the Examiner; and FTI Consulting, Inc., For the Period May 29, 2003 Through June 15, 2003. (K. Fox) (Entered: 06/25/2003) |
| 06/24/2003 | 120 Transcript of Hearing held on 6/10/03 (K. Fox) (Entered: 06/25/2003) |
| 06/25/2003 | 121 Notice of Hearing Re: [119-1] Objection by Official Committee of Equity Holders scheduled For 10:00 7/1/03 at Room 123, Courtroom (R. Senteio) (Entered: 06/25/2003) |
| 06/25/2003 | 122 ORDER Granting [84-1] Application To Employ Greenberg Traurig, LLP as Counsel by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/26/2003) |
| 06/25/2003 | 123 ORDER Granting [85-1] Application To Employ FTI Consulting, Inc. as Financial Advisor by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/26/2003) |
| 06/25/2003 | 124 ORDER Barring Parties From Asserting Morgan Stanley Representation as the Basis for Disqualification of Deborah M. Smith as the Chapter 11 Examiner , with Certificate of Mailing thereon. (K. Fox) (Entered: 06/26/2003) |
| 06/25/2003 | 125 Application By Interested Party Official Committee of Equity Holders To Employ Reid and Riege, P.C. . (K. Fox) (Entered: 06/26/2003) |
| 06/26/2003 | Added Greenberg Traurig, LLC. (K. Fox) (Entered: 06/26/2003) |
| 06/26/2003 | Added FTI Consulting, Inc.. (K. Fox) (Entered: 06/26/2003) |
| 06/26/2003 | Hearing Re: [119-1] Objection by Official Committee of Equity Holders rescheduled 2:00 7/1/03 at Room 123, Courtroom (R. Senteio) (Entered: 06/26/2003) |
| 06/30/2003 | 126 Request by Creditor Okabena Investment Services for Notice. (K. Fox) (Entered: 06/30/2003) |

07/01/2003    127 Motion by Creditor Committee Official Committee of Limited Partners To Enjoin The Debtor From Paying Lancer Management's Quarterly Management Fee (K. Fox) (Entered: 07/01/2003)

07/01/2003    128 Motion By Creditor Committee Official Committee of Limited Partners To Limit Notice in re: [127-1] Motion To Enjoin The Debtor From Paying Lancer Management's Quarterly Management Fee by Official Committee of Limited Partners and To Expedite Hearing Re: ( [127-1] Motion To Enjoin The Debtor From Paying Lancer Management's Quarterly Management Fee by Official Committee of Limited Partners ) (K. Fox) (Entered: 07/01/2003)

07/01/2003    129 ORDER Granting [128-2] Motion To Expedite Hearing Re: ( [127-1] Motion To Enjoin The Debtor From Paying Lancer Management's Quarterly Management Fee by Official Committee of Limited Partners ) by Official Committee of Limited Partners Hearing set to 11:00 7/2/03 at Room 123, Courtroom, Granting [128-1] Motion To Limit Notice in re: [127-1] Motion To Enjoin The Debtor From Paying Lancer Management's Quarterly Management Fee by Official Committee of Limited Partners by Official Committee of Limited Partners , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/01/2003)

07/01/2003     Hearing Off RE: [119-1] Objection by Official Committee of Equity Holders. (R. Senteio) (Entered: 07/01/2003)

07/01/2003    130 ORDER Granting [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/02/2003)

07/02/2003    131 ORDER, To Extend Time For Examiner to File Initial Report , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/02/2003)

07/02/2003    132 SECOND ORDER Granting [90-1] Motion For 2004 Examination of Various Entities of the Debtor and Affiliated with the Debtor, Compelling Oral Examination fo and Documents Production in Connection with the Bankruptcy Court's May 7, 2003 Order by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/02/2003)

07/02/2003     Terminated Document (K. Fox) (Entered: 07/02/2003)

07/02/2003     Hearing Held Re: [127-1] Motion To Enjoin The Debtor From Paying Lancer Management's Quarterly Management Fee by Official Committee of Limited Partners - to be reclaimied in the event of an objection to debtor's notice of payment of management fee. (R. Senteio) (Entered: 07/02/2003)

07/02/2003     COMPLAINT (03-5062) Lancer Partners, Limited Partnership vs. KFP Investors Partnership . NOS 434 Injunctive Relief . ( Filing Fee $ deferred Receipt # none) (M. James) (Entered: 07/02/2003)

07/02/2003    133 Certificate of Service filed by Creditor Committee Official Committee of
              Limited Partners in re: [129-1] Order . (K. Fox) (Entered: 07/03/2003)

07/02/2003    134 Motion by Creditor Morgan Stanley Alternative Investment LP For Recusal
              (K. Fox) (Entered: 07/03/2003)

07/08/2003    136 Transcript of Hearing held on 5/22/03 (K. Fox) (Entered: 07/14/2003)

07/09/2003    135 Application By Examiner Deborah M. Smith To Employ Neubert Pepe &
              Monteith, P.C. as Local Counsel . (K. Fox) (Entered: 07/10/2003)

07/11/2003    138 Renewed Motion By Creditor Committee Official Committee of Limited
              Partners To Appoint Chapter 11 Trustee . (K. Fox) (Entered: 07/14/2003)

07/11/2003    139 Motion By Creditor Committee Official Committee of Limited Partners To
              Limit Notice in re: [138-1] Motion To Appoint Chapter 11 Trustee by Official
              Committee of Limited Partners and To Expedite Hearing Re: ( [138-1] Motion To
              Appoint Chapter 11 Trustee by Official Committee of Limited Partners ) (K. Fox)
              (Entered: 07/14/2003)

07/11/2003    140 Motion By Creditor Committee Official Committee of Limited Partners To
              Amend [43-1] Order, [77-1] Order and To Authorize Morgan Stanley Alternative
              Investment Partners to Share Certain Information with the Official Committee of
              Unsecured Creditors (K. Fox) (Entered: 07/14/2003)

07/11/2003    141 Motion By Creditor Committee Official Committee of Limited Partners To
              Limit Notice in re: [140-1] Motion To Amend [43-1] Order, [77-1] Order by
              Official Committee of Limited Partners, [140-2] Motion To Authorize Morgan
              Stanley Alternative Investment Partners to Share Certain Information with the
              Official Committee of Unsecured Creditors by Official Committee of Limited
              Partners and To Expedite Hearing Re: ( [140-1] Motion To Amend [43-1] Order,
              [77-1] Order by Official Committee of Limited Partners, [140-2] Motion To
              Authorize Morgan Stanley Alternative Investment Partners to Share Certain
              Information with the Official Committee of Unsecured Creditors by Official
              Committee of Limited Partners ) (K. Fox) (Entered: 07/14/2003)

07/11/2003    144 Response By John F. Carberry for Interested Party Committee of Unsecured
              Creditors To [134-1] Motion For Recusal by Morgan Stanley Alternative
              Investment LP . (K. Fox) (Entered: 07/15/2003)

07/14/2003    137 Notice of Hearing Re: [134-1] Motion For Recusal by Morgan Stanley
              Alternative Investment LP Schd For 2:00 7/23/03 at Room 123, Courtroom (K.
              Fox) (Entered: 07/14/2003)

07/14/2003    142 ORDER Granting [141-1] Motion To Limit Notice in re: [140-1] Motion To
              Amend [43-1] Order, [77-1] Order by Official Committee of Limited Partners,
              [140-2] Motion To Authorize Morgan Stanley Alternative Investment Partners to

Share Certain Information with the Official Committee of Unsecured Creditors by Official Committee of Limited Partners by Official Committee of Limited Partners Granting [141-2] Motion To Expedite Hearing Re: ( [140-1] Motion To Amend [43-1] Order, [77-1] Order by Official Committee of Limited Partners, [140-2] Motion To Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Official Committee of Unsecured Creditors by Official Committee of Limited Partners ) by Official Committee of Limited Partners Hearing reset To 2:00 7/16/03 at Room 123, Courtroom, Hearing reset To 2:00 7/16/03 at Room 123, Courtroom , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/14/2003)

07/14/2003   143 ORDER Granting [139-1] Motion To Limit Notice in re: [138-1] Motion To Appoint Chapter 11 Trustee by Official Committee of Limited Partners by Official Committee of Limited Partners Granting [139-2] Motion To Expedite Hearing Re: ( [138-1] Motion To Appoint Chapter 11 Trustee by Official Committee of Limited Partners ) by Official Committee of Limited Partners Hearing reset To 2:00 7/16/03 at Room 123, Courtroom , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/14/2003)

07/15/2003   145 Notice of Hearing Re: [144-1] Response by John F. Carberry Schd For 2:00 7/23/03 at Room 123, Courtroom (K. Fox) (Entered: 07/15/2003)

07/15/2003   146 Certificate of Service filed by Joshua W. Cohen for Interested Party Committee of Unsecured Creditors in re: [143-1] Order, [142-1] Order . (K. Fox) (Entered: 07/16/2003)

07/15/2003   147 Position Paper filed by Carol A. Felicetta for Interested Party Official Committee of Equity Holders (K. Fox) (Entered: 07/16/2003)

07/15/2003   148 Request For Judicial Notice filed by John F. Carberry for Interested Party Committee of Unsecured Creditors (K. Fox) (Entered: 07/16/2003)

07/15/2003   149 Request by Creditor Sterling Capital Growth Partners, L.P. for Notice. (K. Fox) (Entered: 07/16/2003)

07/16/2003   Hearing Re: [134-1] Motion For Recusal by Morgan Stanley Alternative Investment LP continued to 10:00 7/24/03 at Room 123, Courtroom (R. Senteio) (Entered: 07/16/2003)

07/16/2003   150 Supplement filed by John F. Carberry for Interested Party Committee of Unsecured Creditors RE: [140-2] Motion To Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Official Committee of Unsecured Creditors by Official Committee of Limited Partners (K. Fox) (Entered: 07/17/2003)

07/16/2003   151 Motion by Creditor Committee Official Committee of Limited Partners For An Order Establishing Protocols for Communications with a Related Foreign Proceeding, Authorizing the Examiner/Trustee to Continue to Observe that

Foreign Proceeding as a Representative of this Court, Authorizing Confidentiality Agreements with Respect to Same, and Granting Related Relief (K. Fox) (Entered: 07/17/2003)

07/16/2003        152 Motion By Creditor Committee Official Committee of Limited Partners To Limit Notice in re: [151-1] Motion For An Order Establishing Protocols for Communications with a Related Foreign Proceeding, Authorizing the Examiner/Trustee to Continue to Observe that Foreign Proceeding as a Representative of this Court, Authorizing Confidentiality Agreements with Respect to Same, and Granting Related Relief by Official Committee of Limited Partners and To Expedite Hearing Re: ( [151-1] Motion For An Order Establishing Protocols for Communications with a Related Foreign Proceeding, Authorizing the Examiner/Trustee to Continue to Observe that Foreign Proceeding as a Representative of this Court, Authorizing Confidentiality Agreements with Respect to Same, and Granting Related Relief by Official Committee of Limited Partners ) (K. Fox) (Entered: 07/17/2003)

07/16/2003        153 ORDER Granting [152-2] Motion To Expedite Hearing Re: ( [151-1] Motion For An Order Establishing Protocols for Communications with a Related Foreign Proceeding, Authorizing the Examiner/Trustee to Continue to Observe that Foreign Proceeding as a Representative of this Court, Authorizing Confidentiality Agreements with Respect to Same, and Granting Related Relief by Official Committee of Limited Partners ) by Official Committee of Limited Partners Hearing set To 10:00 7/24/03 at Room 123, Courtroom, Granting [152-1] Motion To Limit Notice in re: [151-1] Motion For An Order Establishing Protocols for Communications with a Related Foreign Proceeding, Authorizing the Examiner/Trustee to Continue to Observe that Foreign Proceeding as a Representative of this Court, Authorizing Confidentiality Agreements with Respect to Same, and Granting Related Relief by Official Committee of Limited Partners by Official Committee of Limited Partners , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/17/2003)

07/16/2003         Hearing Held Re: [140-2] Motion To Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Official Committee of Unsecured Creditors by Official Committee of Limited Partners, [140-1] Motion To Amend [43-1] Order, [77-1] Order by Official Committee of Limited Partners - proposed order due July 18, 2003. (R. Senteio) (Entered: 08/08/2003)

07/16/2003         Hearing Off RE: [138-1] Motion To Appoint Chapter 11 Trustee by Official Committee of Limited Partners . (R. Senteio) (Entered: 08/08/2003)

07/17/2003        154 Response By Creditor Marty Steinberg To [138-1] Motion To Appoint Chapter 11 Trustee by Official Committee of Limited Partners . (K. Fox) (Entered: 07/21/2003)

07/18/2003        155 Certificate of Service filed by Joshua W. Cohen for Interested Party Committee of Unsecured Creditors in re: [153-1] Order . (K. Fox) (Entered: 07/22/2003)

07/21/2003     Added Marty Steinberg, Receiver. (K. Fox) (Entered: 07/21/2003)

07/21/2003     158 Request by Creditor Alan C. Maltz for Notice. (K. Fox) (Entered: 07/23/2003)

07/21/2003     159 Motion By Craig V. Rasile for Creditor Marty Steinberg through local counsel
               James Berman To Appear Pro Hac Vice (K. Fox) (Entered: 07/23/2003)

07/21/2003     160 Notice of Appearance And Request for Service of Notice By Craig V. Rasile
               for Creditor Marty Steinberg . (K. Fox) (Entered: 07/23/2003)

07/21/2003     156 Motion by Creditor Committee Official Committee of Limited Partners For
               Approval of Order Resolving its 1) Motion For Appointment of Chapter 11
               Trustee and 2) Motion to Amend the Orders Appointing the Examiner to Share
               Certain Information with the Committee and Authorize Morgan Stanley
               Alternative Investment Partners to Share Certain Information with the Committee
               (K. Fox) (Entered: 07/23/2003)

07/21/2003     157 Motion By Creditor Committee Official Committee of Limited Partners To
               Limit Notice in re: [156-1] Motion For Approval of Order Resolving its 1) Motion
               For Appointment of Chapter 11 Trustee and 2) Motion to Amend the Orders
               Appointing the Examiner to Share Certain Information with the Committee and
               Authorize Morgan Stanley Alternative Investment Partners to Share Certain
               Information with the Committee by Official Committee of Limited Partners and
               To Expedite Hearing Re: ( [156-1] Motion For Approval of Order Resolving its 1)
               Motion For Appointment of Chapter 11 Trustee and 2) Motion to Amend the
               Orders Appointing the Examiner to Share Certain Information with the Committee
               and Authorize Morgan Stanley Alternative Investment Partners to Share Certain
               Information with the Committee by Official Committee of Limited Partners ) (K.
               Fox) (Entered: 07/23/2003)

07/22/2003     Hearing Re: [140-2] Motion To Authorize Morgan Stanley Alternative
               Investment Partners to Share Certain Information with the Official Committee of
               Unsecured Creditors by Official Committee of Limited Partners Rescheduled
               10:00 7/24/03 at Room 123, Courtroom, [140-1] Motion To Amend [43-1] Order,
               [77-1] Order by Official Committee of Limited Partners Rescheduled 10:00
               7/24/03 at Room 123, Courtroom, [138-1] Motion To Appoint Chapter 11 Trustee
               by Official Committee of Limited Partners Rescheduled 10:00 7/24/03 at Room
               123, Courtroom (Rescheduled to 10:00 as per J.T. Knight) (K. Fox) (Entered:
               07/22/2003)

07/22/2003     161 Response, Entitled "Position Paper ..." By Carol A. Felicetta for Interested
               Party Official Committee of Equity Holders, Creditor Committee Official
               Committee of Limited Partners To [134-1] Motion For Recusal by Morgan Stanley
               Alternative Investment LP . (K. Fox) (Entered: 07/23/2003)

07/23/2003     162 ORDER Granting [157-2] Motion To Expedite Hearing Re: ( [156-1] Motion
               For Approval of Order Resolving its 1) Motion For Appointment of Chapter 11
               Trustee and 2) Motion to Amend the Orders Appointing the Examiner to Share

Certain Information with the Committee and Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Committee by Official Committee of Limited Partners ) by Official Committee of Limited Partners Hearing reset To 2:00 7/24/03 at Room 123, Courtroom, Granting [157-1] Motion To Limit Notice in re: [156-1] Motion For Approval of Order Resolving its 1) Motion For Appointment of Chapter 11 Trustee and 2) Motion to Amend the Orders Appointing the Examiner to Share Certain Information with the Committee and Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Committee by Official Committee of Limited Partners by Official Committee of Limited Partners , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/23/2003)

07/23/2003   Terminated Deadline (K. Fox) (Entered: 07/23/2003)

07/23/2003   Hearing Re: [156-1] Motion For Approval of Order Resolving its 1) Motion For Appointment of Chapter 11 Trustee and 2) Motion to Amend the Orders Appointing the Examiner to Share Certain Information with the Committee and Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Committee by Official Committee of Limited Partners Rescheduled 10:00 7/24/03 at Room 123, Courtroom (K. Fox) (Entered: 07/23/2003)

07/24/2003   163 ORDER Granting [140-1] Motion To Amend [43-1] Order, [77-1] Order by Official Committee of Limited Partners Granting [140-2] Motion To Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Official Committee of Unsecured Creditors by Official Committee of Limited Partners AND Approving Resolution of Motion For Appointment of Trustee, with Certificate of Mailing thereon. (K. Fox) (Entered: 07/25/2003)

07/24/2003   164 ORDER Granting [151-1] Motion For An Order Establishing Protocols for Communications with a Related Foreign Proceeding, Authorizing the Examiner/Trustee to Continue to Observe that Foreign Proceeding as a Representative of this Court, Authorizing Confidentiality Agreements with Respect to Same, and Granting Related Relief by Official Committee of Limited Partners , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/25/2003)

07/24/2003   Hearing Held Re: [156-1] Motion For Approval of Order Resolving its 1) Motion For Appointment of Chapter 11 Trustee and 2) Motion to Amend the Orders Appointing the Examiner to Share Certain Information with the Committee and Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Committee by Official Committee of Limited Partners, [151-1] Motion For An Order Establishing Protocols for Communications with a Related Foreign Proceeding, Authorizing the Examiner/Trustee to Continue to Observe that Foreign Proceeding as a Representative of this Court, Authorizing Confidentiality Agreements with Respect to Same, and Granting Related Relief by Official Committee of Limited Partners, [140-2] Motion To Authorize Morgan Stanley Alternative Investment Partners to Share Certain Information with the Official Committee of Unsecured Creditors by Official Committee of Limited Partners, [140-1] Motion To Amend [43-1] Order, [77-1] Order by Official

Committee of Limited Partners, [138-1] Motion To Appoint Chapter 11 Trustee by Official Committee of Limited Partners . PROPOSED ORDERS DUE (K. Fox) (Entered: 07/25/2003)

07/24/2003        Hearing Held Re: [134-1] Motion For Recusal by Morgan Stanley Alternative Investment LP . MOTION NOT TO BE HEARD ON THE MERITS OR ACTED UPON UNTIL A DISPUTE ARISES AND MOVANT THEN RENEWS IT (K. Fox) (Entered: 07/25/2003)

07/24/2003        165 Certificate of Service filed by John F. Carberry for Interested Party Committee of Unsecured Creditors in re: [162-1] Order . (K. Fox) (Entered: 07/25/2003)

07/24/2003        166 Certificate of Service filed by John F. Carberry for Interested Party Committee of Unsecured Creditors in re: [0-0] To Continue Hearing . (K. Fox) (Entered: 07/25/2003)

07/24/2003        167 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [164-1] Order, [163-1] Order . (K. Fox) (Entered: 07/25/2003)

07/29/2003        168 ORDER Granting [159-1] Motion To Appear Pro Hac Vice by Craig V. Rasile , with Certificate of Mailing thereon. (K. Fox) (Entered: 07/29/2003)

07/30/2003        169 Notice of Appearance And Request for Service of Notice By Timothy W. Walsh for Creditor Stamford Resources (U.S.) Ltd.. (K. Fox) (Entered: 08/01/2003)

08/04/2003        First Meeting of Creditors Not Held and NO Examination of Debtor. Closed (S. Staton) (Entered: 08/05/2003)

08/08/2003        170 Request by Creditor Jerry V. Flatt for Notice. (K. Fox) (Entered: 08/11/2003)

08/11/2003        171 Notice of Appearance And Request for Service of Notice By Barbara H. Katz for Creditor Peter Myers Management Trust. (K. Fox) (Entered: 08/11/2003)

08/11/2003        172 Request by Creditor George R. Pidgeon for Notice. (K. Fox) (Entered: 08/11/2003)

08/15/2003        173 Motion By Creditor Marty Steinberg To Extend Exclusivity Period to File a Plan and To Extend the Exclusive Solicitation Period (K. Fox) (Entered: 08/18/2003)

08/15/2003        174 Request for a Hearing by Nicole Barber for Debtor Lancer Partners, Limited Partnership RE: [173-1] Motion To Extend Exclusivity Period to File a Plan by Marty Steinberg, [173-2] Motion To Extend the Exclusive Solicitation Period by Marty Steinberg (K. Fox) (Entered: 08/18/2003)

| 08/15/2003 | 175 Request by Creditor David E. Dick for Notice. (K. Fox) (Entered: 08/18/2003) |
| | |

08/19/2003   176 Notice of Hearing Re: [173-1] Motion To Extend Exclusivity Period to File a Plan by Marty Steinberg Schd For 10:00 9/16/03 at Room 123, Courtroom, [173-2] Motion To Extend the Exclusive Solicitation Period by Marty Steinberg Schd For 10:00 9/16/03 at Room 123, Courtroom (K. Fox) (Entered: 08/19/2003)

09/05/2003   177 Request by Creditor Hunnicutt & Co., Creditor William Hunnicutt for Notice. (K. Fox) (Entered: 09/08/2003)

09/05/2003   178 Supplemental Document filed by Examiner Deborah M. Smith RE: [106-1] Affidavit by David L. Barrack (K. Fox) (Entered: 09/08/2003)

09/09/2003   179 Motion By Interested Party Marty Steinberg To Extend Time To File Schedules and Statement of Financial Affairs and To Extend the Deadline for Creditors Other Than Governmental Unit to File Proofs of Claims Against the Debtor To 1/16/04 and For Government Units To 2/1/03 (K. Fox) (Entered: 09/11/2003)

09/09/2003   180 Request for a Hearing by James Berman for Debtor Lancer Partners, Limited Partnership RE: [179-1] Motion To Extend Time To File Schedules and Statement of Financial Affairs by Marty Steinberg, [179-2] Motion To Extend the Deadline for Creditors Other Than Governmental Unit to File Proofs of Claims Against the Debtor To 1/16/04 and For Government Units To 2/1/03 by Marty Steinberg (K. Fox) (Entered: 09/11/2003)

09/12/2003   181 Notice of Hearing Re: [179-1] Motion To Extend Time To File Schedules and Statement of Financial Affairs by Marty Steinberg Schd For 10:00 9/30/03 at Room 123, Courtroom, [179-2] Motion To Extend the Deadline for Creditors Other Than Governmental Unit to File Proofs of Claims Against the Debtor To 1/16/04 and For Government Units To 2/1/03 by Marty Steinberg Schd For 10:00 9/30/03 at Room 123, Courtroom (K. Fox) (Entered: 09/12/2003)

09/16/2003   Hearing Held Re: [173-2] Motion To Extend the Exclusive Solicitation Period by Marty Steinberg, [173-1] Motion To Extend Exclusivity Period to File a Plan by Marty Steinberg - granted - order due from Atty Berman. (R. Senteio) (Entered: 09/16/2003)

09/16/2003   182 Ex Parte Motion by Marty Steinberg, Court Appointed Receiver To File Schedules and Statements of Financial Affairs Under Seal (K. Fox) (Entered: 09/17/2003)

09/29/2003   183 Notice of Hearing Re: [125-1] Application To Employ Reid and Riege, P.C. by Official Committee of Equity Holders Schd For 10:00 10/21/03 at Room 123, Courtroom (K. Fox) (Entered: 09/29/2003)

09/29/2003   184 Notice of Hearing Re: [117-1] Application To Employ Cummings and Lockwood LLC by Official Committee of Limited Partners Schd For 10:00

10/21/03 at Room 123, Courtroom (K. Fox) (Entered: 09/29/2003)

09/30/2003    185 ORDER Granting [179-1] Motion To Extend Time To File Schedules and
              Statement of Financial Affairs by Marty Steinberg ;Missing Documents due:
              12/22/03 , with Certificate of Mailing thereon. (K. Fox) (Entered: 10/01/2003)

09/30/2003    Hearing Held Re: [179-2] Motion To Extend the Deadline for Creditors Other
              Than Governmental Unit to File Proofs of Claims Against the Debtor To 1/16/04
              and For Government Units To 2/1/03 by Marty Steinberg - granted - order due,
              [179-1] Motion To Extend Time To File Schedules and Statement of Financial
              Affairs by Marty Steinberg - granted extension to December 20, 2003. (R. Senteio)
              (Entered: 10/02/2003)

10/03/2003    186 Application By Interested Party Marty Steinberg To Employ Craig V.Rasile
              and Hunton & Williams LLP as Co-Counsel for the Debtor . (S. Rai) (Entered:
              10/06/2003)

10/03/2003    187 Application By Interested Party Marty Steinberg To Employ Susan V.Demers
              and Price Findlay & Co. as a Special Counsel Nunc Pro Tunc to July 18, 2003 . (S.
              Rai) (Entered: 10/06/2003)

10/10/2003    188 Notice of Hearing Re: [135-1] Application To Employ Neubert Pepe &
              Monteith, P.C. as Local Counsel by Deborah M. Smith Schd For 10:00 10/21/03 at
              Room 123, Courtroom (K. Fox) (Entered: 10/10/2003)

10/10/2003    189 ORDER Granting [173-2] Motion To Extend the Exclusive Solicitation Period
              by Marty Steinberg Granting [173-1] Motion To Extend Exclusivity Period to File
              a Plan by Marty Steinberg , with Certificate of Mailing thereon. (K. Fox) (Entered:
              10/10/2003)

10/10/2003    190 ORDER Granting [179-2] Motion To Extend the Deadline for Creditors Other
              Than Governmental Unit to File Proofs of Claims Against the Debtor To 1/16/04
              and For Government Units To 2/1/03 by Marty Steinberg , with Certificate of
              Mailing thereon. (K. Fox) (Entered: 10/10/2003)

10/10/2003    191 Application By Party Marty Steinberg, Receiver of the Debtor To Employ
              Accountants Berkowitz Dick Pollack & Brant LLP, NUCN PRO TUNC to August
              11, 2003 . (K. Fox) (Entered: 10/14/2003)

10/10/2003    192 Motion By Debtor Lancer Partners, Limited Partnership To Extend Time For
              Exclusivity Period for Debtor to File a Plan and, To Extend Time of Exclusive
              Solicitation Period (K. Fox) (Entered: 10/14/2003)

10/10/2003    193 Request for a Hearing by James Berman for Debtor Lancer Partners, Limited
              Partnership RE: [192-1] Motion To Extend Time For Exclusivity Period for
              Debtor to File a Plan by Lancer Partners, Limited Partnership, [192-2] Motion To
              Extend Time of Exclusive Solicitation Period by Lancer Partners, Limited
              Partnership (K. Fox) (Entered: 10/14/2003)

| 10/15/2003 | 194 Certificate of Service filed by Douglas S. Skalka for Examiner Deborah M. Smith in re: [188-1] Hearing Notice of, [135-1] Application To Employ Neubert Pepe & Monteith, P.C. as Local Counsel by Deborah M. Smith . (K. Fox) (Entered: 10/16/2003) |
|---|---|
| 10/15/2003 | 198 Objection By Creditor Committee Official Committee of Limited Partners To [182-1] Motion To File Schedules and Statements of Financial Affairs Under Seal by Marty Steinberg . (K. Fox) (Entered: 10/21/2003) |
| 10/16/2003 | Added Attorney Douglas S. Skalka (K. Fox) (Entered: 10/16/2003) |
| 10/16/2003 | 195 Notice of Hearing Re: [186-1] Application To Employ Craig V.Rasile and Hunton & Williams LLP as Co-Counsel for the Debtor by Marty Steinberg Schd For 10:00 11/4/03 at Room 123, Courtroom, [187-1] Application To Employ Susan V.Demers and Price Findlay & Co. as a Special Counsel Nunc Pro Tunc to July 18, 2003 by Marty Steinberg Schd For 10:00 11/4/03 at Room 123, Courtroom (K. Fox) (Entered: 10/16/2003) |
| 10/16/2003 | 196 Notice of Hearing Re: [192-1] Motion To Extend Time For Exclusivity Period for Debtor to File a Plan by Lancer Partners, Limited Partnership Schd For 10:00 11/4/03 at Room 123, Courtroom, [192-2] Motion To Extend Time of Exclusive Solicitation Period by Lancer Partners, Limited Partnership Schd For 10:00 11/4/03 at Room 123, Courtroom (K. Fox) (Entered: 10/16/2003) |
| 10/17/2003 | 197 Certificate of Service filed by John F. Carberry for Interested Party Committee of Unsecured Creditors in re: [184-1] Hearing Notice of, [117-1] Application To Employ Cummings and Lockwood LLC by Official Committee of Limited Partners . (K. Fox) (Entered: 10/20/2003) |
| 10/20/2003 | 199 Certificate of Service filed by Carol A. Felicetta for Interested Party Official Committee of Equity Holders, Creditor Committee Official Committee of Limited Partners in re: [183-1] Hearing Notice of, [125-1] Application To Employ Reid and Riege, P.C. by Official Committee of Equity Holders . (K. Fox) (Entered: 10/21/2003) |
| 10/21/2003 | Hearing Held Re: [117-1] Application To Employ Cummings and Lockwood LLC by Official Committee of Limited Partners - granted. (R. Senteio) (Entered: 10/21/2003) |
| 10/21/2003 | Hearing Held Re: [125-1] Application To Employ Reid and Riege, P.C. by Official Committee of Equity Holders - granted. (R. Senteio) (Entered: 10/21/2003) |
| 10/21/2003 | Hearing Held Re: [135-1] Application To Employ Neubert Pepe & Monteith, P.C. as Local Counsel by Deborah M. Smith - granted. (R. Senteio) (Entered: 10/21/2003) |

| | |
|---|---|
| 10/21/2003 | 200 ORDER Granting [117-1] Application To Employ Cummings and Lockwood LLC by Official Committee of Limited Partners , with Certificate of Mailing thereon. Order is Nunc Pro Tunc to 5/28/03. (K. Fox) (Entered: 10/21/2003) |
| 10/21/2003 | 201 ORDER Granting [125-1] Application To Employ Reid and Riege, P.C. by Official Committee of Equity Holders , with Certificate of Mailing thereon. * NUNC PRO TUNC to 5/28/03 * (K. Fox) (Entered: 10/21/2003) |
| 10/21/2003 | 202 ORDER Granting [135-1] Application To Employ Neubert Pepe & Monteith, P.C. as Local Counsel by Deborah M. Smith , with Certificate of Mailing thereon. (K. Fox) (Entered: 10/21/2003) |
| 10/21/2003 | 203 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [196-1] Hearing Notice of, [192-2] Motion To Extend Time of Exclusive Solicitation Period by Lancer Partners, Limited Partnership . (K. Fox) (Entered: 10/22/2003) |
| 10/21/2003 | 204 Certificate of Service filed by Scott M. Berman for Creditor Frank Foster 1999 Trust, Creditor F.P. Hixon Trust FBO Betsy Geiger, Creditor Elizabeth Hunter Revocable Trust in re: [195-1] Hearing Notice of, [187-1] Application To Employ Susan V.Demers and Price Findlay & Co. as a Special Counsel Nunc Pro Tunc to July 18, 2003 by Marty Steinberg . (K. Fox) (Entered: 10/22/2003) |
| 10/21/2003 | 205 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership Debtor Lancer Partners, Limited Partnership in re: [195-1] Hearing Notice of, [186-1] Application To Employ Craig V.Rasile and Hunton & Williams LLP as Co-Counsel for the Debtor by Marty Steinberg . (K. Fox) (Entered: 10/22/2003) |
| 10/23/2003 | 206 Notice of Hearing Re: [191-1] Application To Employ Accountants Berkowitz Dick Pollack & Brant LLP, NUCN PRO TUNC to August 11, 2003 by Marty Steinberg Schd For 10:00 11/18/03 at Room 123, Courtroom (K. Fox) (Entered: 10/23/2003) |
| 10/24/2003 | 207 Application By Interested Party Marty Steinberg To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC . (K. Fox) (Entered: 10/27/2003) |
| 10/24/2003 | 208 Motion By Debtor Lancer Partners, Limited Partnership To Limit Notice in re: [207-1] Application To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC by Marty Steinberg and To Expedite Hearing Re: ( [207-1] Application To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC by Marty Steinberg ) (K. Fox) (Entered: 10/27/2003) |
| 10/27/2003 | 209 ORDER Granting [208-2] Motion To Expedite Hearing Re: ( [207-1] Application To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC by Marty Steinberg ) by Lancer Partners, Limited |

Partnership Hearing reset To 10:00 11/4/03 at Room 123, Courtroom, Granting [208-1] Motion To Limit Notice in re: [207-1] Application To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC by Marty Steinberg by Lancer Partners, Limited Partnership , with Certificate of Mailing thereon. (K. Fox) (Entered: 10/27/2003)

| | |
|---|---|
| 10/30/2003 | 210 Request for a Hearing by John F. Carberry for Interested Party Committee of Unsecured Creditors RE: [93-1] Application To Employ Foley & Lardner as Counsel by Official Committee of Limited Partners (K. Fox) (Entered: 10/30/2003) |
| 10/30/2003 | 211 Receiver's Notice of Filing BVI Order Date September 12, 2003 filed by James Berman for Debtor Lancer Partners, Limited Partnership (K. Fox) (Entered: 10/30/2003) |
| 10/31/2003 | 212 Notice of Hearing Re: [93-1] Application To Employ Foley & Lardner as Counsel by Official Committee of Limited Partners Schd For 10:00 11/18/03 at Room 123, Courtroom (K. Fox) (Entered: 10/31/2003) |
| 11/03/2003 | 213 Objection By Creditor Committee Official Committee of Limited Partners To [207-1] Application To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC by Marty Steinberg Hearing Scheduled for 10:00 11/3/03 at Room 123, Courtroom . (K. Fox) (Entered: 11/03/2003) |
| 11/03/2003 | 214 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [209-1] Order . (K. Fox) (Entered: 11/03/2003) |
| 11/03/2003 | 215 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [206-1] Hearing Notice of, [191-1] Application To Employ Accountants Berkowitz Dick Pollack & Brant LLP, NUCN PRO TUNC to August 11, 2003 by Marty Steinberg . (K. Fox) (Entered: 11/03/2003) |
| 11/04/2003 | Hearing Held Re: [186-1] Application To Employ Craig V.Rasile and Hunton & Williams LLP as Co-Counsel for the Debtor by Marty Steinberg - granted. (R. Senteio) (Entered: 11/04/2003) |
| 11/04/2003 | Hearing Held Re: [187-1] Application To Employ Susan V.Demers and Price Findlay & Co. as a Special Counsel Nunc Pro Tunc to July 18, 2003 by Marty Steinberg - granted. (R. Senteio) (Entered: 11/04/2003) |
| 11/04/2003 | Hearing Held Re: [192-2] Motion To Extend Time of Exclusive Solicitation Period by Lancer Partners, Limited Partnership, [192-1] Motion To Extend Time For Exclusivity Period for Debtor to File a Plan by Lancer Partners, Limited Partnership - granted. (R. Senteio) (Entered: 11/04/2003) |
| 11/04/2003 | Hearing Held Re: [213-1] Objection by Official Committee of Limited Partners, [207-1] Application To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC by Marty Steinberg - proposed order due from |

Atty Rasile re: DDJ will submit monthly fee applications which will enter as final absent objection. (R. Senteio) (Entered: 11/04/2003)

| | |
|---|---|
| 11/05/2003 | Request for Transcript by Paul J. Astolfi/Foley & Lardner in re: hearing of 6/10/03 and 6/11/03 (D. Byrd) (Entered: 11/05/2003) |
| 11/05/2003 | 216 ORDER Granting [187-1] Application To Employ Susan V.Demers and Price Findlay & Co. as a Special Counsel Nunc Pro Tunc to July 18, 2003 by Marty Steinberg , with Certificate of Mailing thereon. (K. Fox) Additional attachment(s) added on 2/11/2004 (Comstock, Susan). (Entered: 11/05/2003) |
| 11/05/2003 | 217 ORDER Granting [192-2] Motion To Extend Time of Exclusive Solicitation Period by Lancer Partners, Limited Partnership ; Chapter 11 Plan Due: 12/12/03 Granting [192-1] Motion To Extend Time For Exclusivity Period for Debtor to File a Plan by Lancer Partners, Limited Partnership , with Certificate of Mailing thereon. Exlusivity Period To File A Plan Extended to 12/12/03; If Debtor Files A Plan By Said Date Exclusive Solicitation Period Is Extended To 2/11/04. (K. Fox) (Entered: 11/05/2003) |
| 11/05/2003 | 218 ORDER Granting [207-1] Application To Employ DDJ Capital Management LLC as fund Manager for the Debtor NUNC PRO TUNC To July, 18, 2003 by Marty Steinberg , with Certificate of Mailing thereon. (K. Fox) (Entered: 11/05/2003) |
| 11/07/2003 | 219 Application By Eric A. Henzy of Reid and Riege, P.C., Counsel to the Official Equity Committee For Compensation ( Fees: $ 110,296.50, Expenses: $ 6452.23) . (K. Fox) (Entered: 11/07/2003) |
| 11/07/2003 | 220 Request for a Hearing by Eric A. Henzy for the Official Equity Committee RE: [219-1] Application For Compensation ( Fees: $ 110,296.50, Expenses: $ 6452.23) by Eric A. Henzy (K. Fox) (Entered: 11/07/2003) |
| 11/07/2003 | 221 Certificate of Service filed by John F. Carberry for Interested Party Committee of Unsecured Creditors in re: [212-1] Hearing Notice of, [93-1] Application To Employ Foley & Lardner as Counsel by Official Committee of Limited Partners . (K. Fox) (Entered: 11/07/2003) |
| 11/07/2003 | 222 Application Filed By Debtor Lancer Partners, Limited Partnership For Continuing Authority to File Public Reports As Necessary Under Section 13 of the Securities Exchange Ace of 1934 and Applicable Provisions of Canadian Securities Laws (K. Fox) (Entered: 11/10/2003) |
| 11/07/2003 | 223 Request for a Hearing by James Berman for Debtor Lancer Partners, Limited Partnership RE: [222-1] Application For Continuing Authority to File Public Reports As Necessary Under Section 13 of the Securities Exchange Ace of 1934 and Applicable Provisions of Canadian Securities Laws by Lancer Partners, Limited Partnership (K. Fox) (Entered: 11/10/2003) |

| | |
|---|---|
| 11/12/2003 | 226 Certificate of Service filed by James Berman for Debtor Lancer Partners, Limited Partnership in re: [218-1] Order, [217-1] Order, [216-1] Order . (K. Fox) (Entered: 11/17/2003) |
| 11/17/2003 | 224 Notice of Hearing Re: [219-1] Application For Compensation ( Fees: $ 110,296.50, Expenses: $ 6452.23) by Eric A. Henzy Schd For 10:00 12/16/03 at Room 123, Courtroom (K. Fox) (Entered: 11/17/2003) |
| 11/17/2003 | 225 Notice of Hearing Re: [222-1] Application For Continuing Authority to File Public Reports As Necessary Under Section 13 of the Securities Exchange Ace of 1934 and Applicable Provisions of Canadian Securities Laws by Lancer Partners, Limited Partnership Schd For 10:00 12/16/03 at Room 123, Courtroom (K. Fox) (Entered: 11/17/2003) |
| 11/18/2003 | Hearing Held Re: [93-1] Application To Employ Foley & Lardner as Counsel by Official Committee of Limited Partners - no objections; take papers. (R. Senteio) (Entered: 11/19/2003) |
| 11/18/2003 | Hearing Held Re: [191-1] Application To Employ Accountants Berkowitz Dick Pollack & Brant LLP, NUCN PRO TUNC to August 11, 2003 by Marty Steinberg - no objections; take papers. (R. Senteio) (Entered: 11/19/2003) |
| 11/19/2003 | 227 Courts Certificate of Mailing by BNC Re: [224-1] Hearing Notice of, [219-1] Application For Compensation ( Fees: $ 110,296.50, Expenses: $ 6452.23) by Eric A. Henzy (S. Comstock) (Entered: 11/20/2003) |
| 11/25/2003 | 228 Application for Compensation for Foley & Lardner, Creditor Comm. Aty, Fee: $404255.50, Expenses: $23559.78. Filed by John F. Carberry, Attorney. (Comstock, Susan) (Entered: 11/26/2003) |
| 11/25/2003 | 229 Request for a Hearing Filed by John F. Carberry on behalf of Foley & Lardner Other Prof., (Re:)228 Application for Compensation). (Comstock, Susan) (Entered: 11/26/2003) |
| 11/26/2003 | 230 Notice of Hearing Set (RE: 222 Application for Continuing Authority to File Public Reports filed by Debtor Lancer Partners, Limited Partnership) Hearing to be held on 12/1/2003 at 10:00 AM Room 123, Courtroom for 222, (Senteio, Renee) (Entered: 11/26/2003) |
| 11/26/2003 | 231 Notice of Hearing Set (RE: 228 Application for Compensation) Hearing to be held on 12/23/2003 at 10:00 AM Room 123, Courtroom for 228, (Byrd, Darlene) (Entered: 11/26/2003) |
| 11/26/2003 | 232 Notice of Hearing Set (RE: 223 Request for Hearing, ) Hearing to be held |

on 12/1/2003 at 10:00 AM Room 123, Courtroom for 223, (Byrd, Darlene) (Entered: 11/26/2003)

11/26/2003    235 Order Granting Application to Employ Berkowitz Dick Pollack & Brant LLP (RE: 191) Signed on 11/26/2003. (Fox, Keith) (Entered: 12/01/2003)

11/26/2003    240 Order Granting Application to Employ Foley & Lardner as Counsel to the Official Committee of Unsecured Creditors (RE: 93) Signed on 11/26/2003. (Fox, Keith) (Entered: 12/02/2003)

11/28/2003    233 BNC Certificate of Mailing - Notice of Hearing Service Date 11/28/2003. (Related Doc # 231) (Admin.) (Entered: 11/29/2003)

11/28/2003    234 BNC Certificate of Mailing - Hearing with instructions to movant. Service Date 11/28/2003. (Related Doc # 230) (Admin.) (Entered: 11/29/2003)

11/28/2003    236 BNC Certificate of Mailing - Notice of Hearing Service Date 11/28/2003. (Related Doc # 231) (Admin.) (Entered: 12/02/2003)

11/28/2003    237 BNC Certificate of Mailing - Hearing with instructions to movant. Service Date 11/28/2003. (Related Doc # 230) (Admin.) (Entered: 12/02/2003)

12/01/2003    Hearing Held (RE: 222 Application for Continuing Authority to File Public Reports as Necessary Under Section 13 of the Securities Exchange Act of 1934 and Applicable Provisions of Canadian Securities Laws filed by Debtor Lancer Partners, Limited Partnership) - granted. (Senteio, Renee) (Entered: 12/01/2003)

12/01/2003    Reopen Document (RE: 207 Application to Employ filed by Interested Party Marty Steinberg) (Comstock, Susan) (Entered: 12/02/2003)

12/01/2003    238 Order Granting Application to Employ (RE: 207) Signed on 12/1/2003. (Comstock, Susan) (Entered: 12/02/2003)

12/01/2003    239 Order Granting Motion (RE: 222) Signed on 12/1/2003. (Comstock, Susan) (Entered: 12/02/2003)

12/01/2003    Hearing Held re: #222 Application for continuing authority to file public reports as necessary under section 13 of the Securities Exchange Ace of 1934 and applicable provisions of Canadian Securities Laws filed by the debtor - granted. (Senteio, Renee) (Entered: 12/15/2003)

12/03/2003    <u>241</u> BNC Certificate of Mailing - PDF Document. Service Date 12/03/2003. (Related Doc # <u>235</u>) (Admin.) (Entered: 12/04/2003)

12/03/2003    <u>242</u> BNC Certificate of Mailing - PDF Document. Service Date 12/03/2003. (Related Doc # <u>235</u>) (Admin.) (Entered: 12/04/2003)

12/04/2003    <u>243</u> BNC Certificate of Mailing - PDF Document. Service Date 12/04/2003. (Related Doc # <u>238</u>) (Admin.) (Entered: 12/05/2003)

12/04/2003    <u>244</u> BNC Certificate of Mailing - PDF Document. Service Date 12/04/2003. (Related Doc # <u>239</u>) (Admin.) (Entered: 12/05/2003)

12/04/2003    <u>245</u> BNC Certificate of Mailing - PDF Document. Service Date 12/04/2003. (Related Doc # <u>240</u>) (Admin.) (Entered: 12/05/2003)

12/04/2003    <u>246</u> Certificate of Service Filed by John F. Carberry on behalf of Official Committee of Unsecured Creditors (Re:)<u>228</u> Application for Compensation) (Fox, Keith) (Entered: 12/08/2003)

12/05/2003    <u>247</u> Notice of Appearance and Request for Notice Filed by Howard L. Siegel on behalf of Elizabeth Hunter Revocable Trust, F.P. Hixon Trust FBO Betsy Geiger, Frank Foster 1999 Trust. (Fox, Keith) (Entered: 12/09/2003)

12/08/2003    <u>250</u> Application for Compensation for DDJ Capital Management, LLC, Fund Manager to Debtor, Fee: $148,000.00, Expenses: $4,421.03. Filed by DDJ Capital Management, LLC, Fund Manager to Debtor. (Fox, Keith) (Entered: 12/11/2003)

12/09/2003    <u>248</u> Motion for Third Extension of Exclusivity Period andMotion for Third Extension of Exclusive Solication Period, Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor and Marty Steinberg, Receiver. (Fox, Keith) (Entered: 12/11/2003)

12/09/2003    <u>249</u> Motion to Sell Publicly Traded Securities on Public Exchanges, Motion to Execute Transfer Authorization, and Motion to Make Certain Determinations to Facilitate Such Sales Pursuant to Registration Exemptions and Transfer Requirements, Filed by James Berman on behalf of Lancer Partners, Limited Partnership, and Marty Steinberg, Receiver. (Fox, Keith) (Entered: 12/11/2003)

12/15/2003    <u>251</u> Notice of Hearing Set (RE: <u>250</u> Application for Compensation) Hearing

to be held on 1/13/2004 at 10:00 AM Room 123, Courtroom for 250, (Byrd, Darlene) (Entered: 12/15/2003)

12/16/2003

Hearing Off re: #222 Application for continuing authority to file public reports as necessary under section 13 of the Securities Exchange Act of 1934 and applicable provisions of Canadian Securities Laws filed by the debtor - moot; already granted. (Senteio, Renee) (Entered: 12/16/2003)

12/16/2003

Hearing Held re: #219 - Application for compensation to Reid & Riege as counsel for the Equity Committee - no objection; take papers. (Senteio, Renee) (Entered: 12/16/2003)

12/16/2003

252 Request for a Hearing Filed by James Berman on behalf of Lancer Partners, Limited Partnership Debtor, (Re:)248 Generic Motion Part One, Generic Motion Part Two filed by Debtor Lancer Partners, Limited Partnership, Interested Party Marty Steinberg). (Comstock, Susan) (Entered: 12/17/2003)

12/17/2003

253 Notice of Hearing Set (RE: 248 Generic Motion Part One, Generic Motion Part Two filed by Debtor Lancer Partners, Limited Partnership, Interested Party Marty Steinberg) Hearing to be held on 1/6/2004 at 10:00 AM Office of the U.S. Trustee for 248, (Byrd, Darlene) (Entered: 12/17/2003)

12/17/2003

254 BNC Certificate of Mailing - Notice of Hearing Service Date 12/17/2003. (Related Doc # 251) (Admin.) (Entered: 12/18/2003)

12/17/2003

255 Order Granting Application For Compensation for Eric A. Henzy of Reid and Riege, PC, Creditor Comm. Aty, Fees awarded: $93,572.02, Expenses awarded: $6,202.23; Signed on 12/17/2003 (RE: 219 Application for Compensation). (Rai, Sujata) (Entered: 12/18/2003)

12/19/2003

256 BNC Certificate of Mailing - Hearing with instructions to movant. Service Date 12/19/2003. (Related Doc # 253) (Admin.) (Entered: 12/22/2003)

12/20/2003

257 BNC Certificate of Mailing - PDF Document. Service Date 12/20/2003. (Related Doc # 255) (Admin.) (Entered: 12/22/2003)

12/22/2003

258 Motion to extend Time to file schedules Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor. (Atwater, Myrna) (Entered: 12/23/2003)

12/22/2003   <u>261</u> Application for Compensation for Neubert, Pepe & Monteith, P.C., Special Counsel, Fee: $3337.00, Expenses: $144.61. Filed by Douglas S. Skalka, Attorney. (Comstock, Susan) (Entered: 12/24/2003)

12/23/2003   Hearing Held (RE: <u>228</u> Application for Compensation - granted) (Senteio, Renee) (Entered: 12/23/2003)

12/23/2003   <u>259</u> Application for Compensation for Susan V. Demers, Special Counsel, Fee: $2217.30, Expenses: $0.00. Filed by James Berman, Attorney. (Comstock, Susan) Modified on 12/24/2003 (Comstock, Susan). (Entered: 12/24/2003)

12/23/2003   <u>260</u> Request for a Hearing Filed by James Berman, (Re:)<u>259</u> Application for Compensation). (Comstock, Susan) (Entered: 12/24/2003)

12/23/2003   <u>263</u> Order Granting Application For Compensation (RE: <u>228</u>) Granting for Foley & Lardner, fees awarded: $343,617.17, expenses awarded: $23,559.78 Signed on 12/23/2003. (Fox, Keith) (Entered: 12/29/2003)

12/24/2003   <u>262</u> Notice of Hearing Set (RE: <u>259</u> Application for Compensation) Hearing to be held on 1/20/2004 at 10:00 AM Room 123, Courtroom for <u>259</u>, (Byrd, Darlene) (Entered: 12/24/2003)

12/26/2003   <u>264</u> BNC Certificate of Mailing - Notice of Hearing Service Date 12/26/2003. (Related Doc # <u>262</u>) (Admin.) (Entered: 12/30/2003)

12/30/2003   <u>267</u> Motion to Sell Shares of Continental Southern Resources, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor. (Fox, Keith) (Entered: 01/05/2004)

12/31/2003   <u>265</u> BNC Certificate of Mailing - PDF Document. Service Date 12/31/2003. (Related Doc # <u>263</u>) (Admin.) (Entered: 01/01/2004)

01/05/2004   <u>266</u> Notice of Hearing Set (RE: <u>261</u> Application for Compensation) Hearing to be held on 1/27/2004 at 10:00 AM Room 123, Courtroom for <u>261</u>, (Byrd, Darlene) (Entered: 01/05/2004)

01/06/2004   Hearing Held (RE: <u>248</u> Motion for third extension of exclusivity period and Motion for third extension of exclusive solicitation period filed by Debtor Lancer

Partners, Limited Partnership, Interested Party Marty Steinberg) - granted.
(Senteio, Renee) (Entered: 01/06/2004)

01/06/2004

268 Order Denying Motion To Sell Free and Clear (RE: 267) For Failure To
Comply With This Court's Contested Matter Procedure Guidelines, Signed on
1/6/2004. (Fox, Keith) (Entered: 01/07/2004)

01/06/2004

269 Order Granting Motion (RE: 248)Extending Exclusivity Period For Filing
A Plan Of Reorganization To April 12, 2004, Granting Motion (RE: 248)
Extending Exclusive Solication Period to June 11, 2004, If A Plan Is Filed By
April 12, 2004 Signed on 1/6/2004. (Fox, Keith) (Entered: 01/07/2004)

01/07/2004

270 BNC Certificate of Mailing - Notice of Hearing Service Date 01/07/2004.
(Related Doc # 266) (Admin.) (Entered: 01/08/2004)

01/08/2004

274 Notice of Appearance and Request for Notice Filed by James M. Nugent
on behalf of KFP Investors Partnership, Creditor. (Fox, Keith) (Entered:
01/12/2004)

01/08/2004

275 Motion to Expedite Hearing Filed by James Berman on behalf of Lancer
Partners, Limited Partnership, DebtorAND Motion to Limit Notice Filed by James
Berman on behalf of Lancer Partners, Limited Partnership, Debtor(RE:249 Motion
to Sell Publicly Traded Securities on Public Exchanges, Motion to Execute
Transfer Authorization, and Motion to Make Certain Determinations to Facilitate
Such Sales Pursuant to Registration Exemptions and Transfer Requirements, Filed
by James Berman on behalf of Lancer Partners, Limited Partnership, and Marty
Steinberg, Receiver. (Fox, Keith)). (Fox, Keith) (Entered: 01/12/2004)

01/09/2004

271 Withdrawal Filed by William Hunnicutt, Hunnicutt & Co. Creditors,
(Re:)177 Request for Notices filed by Creditor William Hunnicutt, Creditor
Hunnicutt & Co.). (Comstock, Susan) (Entered: 01/09/2004)

01/09/2004

272 BNC Certificate of Mailing - PDF Document. Service Date 01/09/2004.
(Related Doc # 268) (Admin.) (Entered: 01/10/2004)

01/09/2004

273 BNC Certificate of Mailing - PDF Document. Service Date 01/09/2004.
(Related Doc # 269) (Admin.) (Entered: 01/10/2004)

01/09/2004

276 Order Granting Motion Expedite Hearing (RE: 275) Motion to Execute
Transfer Authorization, To Make Certain Determinations to Facilitate Such Sales
Pursuant to Registration Exemptions and Transfer Requirements, To Make Certain

Determinations to Facilitate Such Sales Pursuant to Registration Exemptions and Transfer Requirements, To Sell Publicly Traded Securities on Public Exchanges, Filed by James Berman on behalf of Lancer Partners, Debtor, Limited Partnership, Debtor and Marty Steinberg, Receiver, Granting Motion To Limit Notice (RE: 275) Motion for Execute Transfer Authorization, To Make Certain Determinations to Facilitate Such Sales Pursuant to Registration Exemptions and Transfer Requirements, To Make Certain Determinations to Facilitate Such Sales Pursuant to Registration Exemptions and Transfer Requirements, To Sell Publicly Traded Securities on Public Exchanges, Filed by James Berman on behalf of Lancer Partners, Debtor, Limited Partnership, Debtor and Marty Steinberg, Receiver; Signed on 1/9/2004. Hearing to be held on 1/13/2004 at 10:00 AM Room 123, Courtroom for 249. (Fox, Keith) (Entered: 01/12/2004)

01/09/2004   277 Motion to Transfer Case To Another District, Southern District of Florida. Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtorthrough Craig V. Rasile on behalf of Marty Steinberg, Receiver. (Fox, Keith) (Entered: 01/12/2004)

01/09/2004   278 Request for a Hearing Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor (Re: 277 Motion to Transfer Case filed by Debtor Lancer Partners, Limited Partnership through Receiver Marty Steinberg). (Fox, Keith) (Entered: 01/12/2004)

01/09/2004   280 First Interim Application for Compensation for Berkowitz Dick Pollack & Brant LLP, Accountant, Fee: $52300.00, Expenses: $2347.28. Filed by Berkowitz Dick Pollack & Brant LLP, Accountant. (Fox, Keith) (Entered: 01/13/2004)

01/09/2004   281 Request for a Hearing Filed by James Berman on behalf of Berkowitz Dick Pollack & Brant LLP, Accountant (Re: 280 Application for Compensation filed by Accountant Berkowitz Dick Pollack & Brant LLP). (Fox, Keith) (Entered: 01/13/2004)

01/09/2004   282 Motion to Sell Shares of Continental Southern Resources, Inc. Free and Clear of Liens Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor. (Fox, Keith) (Entered: 01/13/2004)

01/09/2004   283 Motion to Expedite Hearing and to Limit Notice Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor(RE:282 Motion to Sell Shares of Continental Southern Resources, Inc. Free and Clear of Liens Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor. (Fox, Keith)). (Fox, Keith) (Entered: 01/13/2004)

01/12/2004   Flags Set-Reset. (Fox, Keith) (Entered: 01/12/2004)

01/12/2004

279 Notice of Hearing Set (RE: 277 Motion to Transfer Case filed by Debtor Lancer Partners, Limited Partnership, Interested Party Marty Steinberg) Hearing to be held on 2/3/2004 at 10:00 AM Room 123, Courtroom for 277, (Byrd, Darlene) (Entered: 01/12/2004)

01/12/2004

284 Order Granting Motion Expedite Hearing (RE: 283) Motion to Sell Shares of Continental Southern Resources, Inc. Free and Clear of Liens Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor, Granting Motion To Limit Notice (RE: 283) Motion to Sell Shares of Continental Southern Resources, Inc. Free and Clear of Liens Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor Signed on 1/12/2004. Hearing to be held on 1/22/2004 at 09:30 AM Room 123, Courtroom for 282, (Fox, Keith) (Entered: 01/13/2004)

01/12/2004

286 Application for Compensation for Hunton & Williams, LLP, Debtor's Attorney and Attorneys for the Receiver, Marty Steinberg, Fee: $64,259.27, Expenses: $2096.27. Filed by Craig V. Rasile, Attorney. (Fox, Keith) (Entered: 01/14/2004)

01/12/2004

289 Request for a Hearing Filed by James Berman (Re: 286 Application for Compensation). (Fox, Keith) (Entered: 01/14/2004)

01/13/2004

Hearing Held (RE: 249 Motion to Sell publicly traded securities on public exchange, Motion to execute transfer authorization, and Motion to make certain determinations to facilitate such sales pursuant to registration exemptions and transfer reuqirements filed by Debtor Lancer Partners, Limited Partnership, Interested Party Marty Steinberg, - granted; 250 Application for Compensation for DDJ Capital Management, LLC, Fund Manager to the Debtor filed by DDJ) - granted. (Senteio, Renee) (Entered: 01/13/2004)

01/13/2004

287 Order Granting Motion (RE: 249), Granting Motion (RE: 249), Granting Motion To Sell (Related Doc # 249) Signed on 1/13/2004. (Fox, Keith) (Entered: 01/14/2004)

01/13/2004

288 Order Granting Application For Compensation (RE: 250) Granting for DDJ Capital Management, LLC, fees awarded: $148000.00, expenses awarded: $4421.03 Signed on 1/13/2004. (Fox, Keith) (Entered: 01/14/2004)

01/13/2004

290 Certificate of Service Filed by James Berman on behalf of Lancer Partners, Limited Partnership Debtor, (Re: 276 Order on Motion to Expedite Hearing, Order on Motion To Limit Notice ). (Fox, Keith) (Entered: 01/14/2004)

01/14/2004        285 Notice of Hearing Set (RE: 280 Application for Compensation filed by Accountant Berkowitz Dick Pollack & Brant LLP) Hearing to be held on 2/10/2004 at 10:00 AM Room 123, Courtroom for 280, (Byrd, Darlene) (Entered: 01/14/2004)

01/14/2004        Deadlines Updated. Proofs of Claims due by 1/20/2004 Government Proof of Claim due by 2/20/2004 (Fox, Keith) (Entered: 01/14/2004)

01/14/2004        291 Notice of Hearing Set (RE: 286 Application for Compensation) Hearing to be held on 2/10/2004 at 10:00 AM Room 123, Courtroom for 286, (Byrd, Darlene) (Entered: 01/14/2004)

01/14/2004        292 BNC Certificate of Mailing - Hearing with instructions to movant. Service Date 01/14/2004. (Related Doc # 279) (Admin.) (Entered: 01/15/2004)

01/14/2004        293 BNC Certificate of Mailing - PDF Document. Service Date 01/14/2004. (Related Doc # 276) (Admin.) (Entered: 01/15/2004)

01/14/2004        295 Application to Employ John B. Wasserman and Sender & Wasserman P.C. as Special Counsel NUNC PRO TUNC to November 7, 2003 Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor. (Fox, Keith) (Entered: 01/16/2004)

01/14/2004        296 Request for a Hearing Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor (Re: 295 Application to Employ filed by Debtor Lancer Partners, Limited Partnership). (Fox, Keith) (Entered: 01/16/2004)

01/15/2004        294 BNC Certificate of Mailing - PDF Document. Service Date 01/15/2004. (Related Doc # 284) (Admin.) (Entered: 01/16/2004)

01/15/2004        297 Notice of Hearing Set (RE: 182 Motion To File Schedules And Statements Of Financial Affairs Under Seal filed by Interested Party Marty Steinberg) Hearing to be held on 1/20/2004 at 10:00 AM Room 123, Courtroom for 182, (Fox, Keith) (Entered: 01/16/2004)

01/16/2004        298 BNC Certificate of Mailing - Notice of Hearing Service Date 01/16/2004. (Related Doc # 285) (Admin.) (Entered: 01/17/2004)

01/16/2004        299 BNC Certificate of Mailing - Hearing with instructions to movant. Service Date 01/16/2004. (Related Doc # 291) (Admin.) (Entered: 01/17/2004)

01/16/2004

300 BNC Certificate of Mailing - PDF Document. Service Date 01/16/2004. (Related Doc # 287) (Admin.) (Entered: 01/17/2004)

01/16/2004

301 BNC Certificate of Mailing - PDF Document. Service Date 01/16/2004. (Related Doc # 288) (Admin.) (Entered: 01/17/2004)

01/20/2004

302 Notice of Hearing Set (RE: 295 Application to Employ filed by Debtor Lancer Partners, Limited Partnership) Hearing to be held on 2/10/2004 at 10:00 AM Room 123, Courtroom for 295, (Byrd, Darlene) (Entered: 01/20/2004)

01/20/2004

Hearing Held (RE: 259 Application for Compensation for Susan V. Demers, Special Counsel - granted; new order to be filed, 182 Motion to file schedules under seal filed by Interested Party Marty Steinberg)- granted, order due (Senteio, Renee) (Entered: 01/20/2004)

01/20/2004

303 Certificate of Service Filed by James Berman on behalf of Lancer Partners, Limited Partnership, Debtor (Re: 284 Order on Motion to Expedite Hearing, Order on Motion To Limit Notice ). (Fox, Keith) (Entered: 01/22/2004)

01/22/2004

Hearing Off (RE: 282 Motion to Sell Free and Clear filed by Debtor Lancer Partners, Limited Partnership) - no objections; granted. (Senteio, Renee) (Entered: 01/22/2004)

01/22/2004

304 BNC Certificate of Mailing - Notice of Hearing Service Date 01/22/2004. (Related Doc # 302) (Admin.) (Entered: 01/23/2004)

01/22/2004

309 Order Granting Motion To Sell Free and Clear (RE: 282) Signed on 1/22/2004. (Fox, Keith) (Entered: 01/27/2004)

01/23/2004

305 Notice of Hearing Set (RE: 258 Motion to Extend Time filed by Debtor Lancer Partners, Limited Partnership) Hearing to be held on 2/10/2004 at 10:00 AM Room 123, Courtroom for 258, (Senteio, Renee) (Entered: 01/23/2004)

01/23/2004

307 Order Granting [182-1] Motion to File Schedules under Seal Signed on 1/23/2004. (Burton, Penny) (Entered: 01/26/2004)

01/23/2004

308 Order Granting [259-1] Application For Compensation for Susan V. Demers, fees awarded: $1800.00, expenses awarded: $407.30 Signed on

1/23/2004. (Burton, Penny) (Entered: 01/26/2004)

01/25/2004      ◷
                306 BNC Certificate of Mailing - Hearing with instructions to movant.
                Service Date 01/25/2004. (Related Doc # 305) (Admin.) (Entered: 01/26/2004)

01/27/2004      ◷
                Hearing Continued (RE: 261 Application for Compensation) Hearing to be
                held on 2/3/2004 at 10:00 AM Room 123, Courtroom for 261, (Senteio, Renee)
                (Entered: 01/27/2004)

01/27/2004      ◷
                310 Notice of Hearing Set (RE: 295 Application to Employ filed by Debtor
                Lancer Partners, Limited Partnership) Hearing to be held on 2/25/2004 at 10:00
                AM Room 123, Courtroom for 295, (Byrd, Darlene) (Entered: 01/27/2004)

01/27/2004      ◷
                313 Statement of U.S. Trustee Filed by Interested Party RE:261 Application
                for Compensation). (Fox, Keith) (Entered: 01/29/2004)

01/28/2004      ◷
                311 BNC Certificate of Mailing - PDF Document. Service Date 01/28/2004.
                (Related Doc # 307) (Admin.) (Entered: 01/29/2004)

01/28/2004      ◷
                312 BNC Certificate of Mailing - PDF Document. Service Date 01/28/2004.
                (Related Doc # 308) (Admin.) (Entered: 01/29/2004)

01/29/2004      ◷
                314 BNC Certificate of Mailing - Hearing with instructions to movant.
                Service Date 01/29/2004. (Related Doc # 310) (Admin.) (Entered: 01/30/2004)

01/29/2004      ◷
                315 BNC Certificate of Mailing - PDF Document. Service Date 01/29/2004.
                (Related Doc # 309) (Admin.) (Entered: 01/30/2004)

01/29/2004      ◷
                316 Portions of Schedules Filed UNDER SEAL Filed by James Berman on
                behalf of Lancer Partners, Limited Partnership Debtor,. (Comstock, Susan)
                (Entered: 02/09/2004)

01/29/2004      ◷
                327 Schedules A, B, D, E, F, G, and H Filed by James Berman on behalf of
                Lancer Partners, Limited Partnership Debtor,. (Comstock, Susan) (Entered:
                02/23/2004)

02/03/2004      ◷
                Hearing Continued (RE: 277 Motion to Transfer Case filed by Debtor Lancer
                Partners, Limited Partnership, Interested Party Marty Steinberg, 261 Application
                for Compensation for Neubert Pepe & Monteith, P.C., Special Counsel) Hearing to

be held on 2/10/2004 at 10:00 AM Room 123, Courtroom for 277 and for 261, (Senteio, Renee) (Entered: 02/03/2004)

02/09/2004

325 Objection Filed by Debtor Lancer Partners, Limited Partnership (related document(s)261 Application for Compensation for Neubert, Pepe & Monteith, P.C., Special Counsel, Fee: $3337.00, Expenses: $144.61. Filed by Douglas S. Skalka, Attorney. (Comstock, Susan)). (Caban, Eunice) (Entered: 02/18/2004)

02/09/2004

326 Certificate of Service Filed by James Berman on behalf of Lancer Partners, Limited Partnership DebtorContinuance of Hearing on (Re:)277 Motion to Transfer Case filed by Debtor Lancer Partners, Limited Partnership, Interested Party Marty Steinberg, Hearing Continued, ). from 2/3/04 to 2/10/04 (Caban, Eunice) (Entered: 02/18/2004)

02/10/2004

Hearing Held (RE: 286 Application for Compensation, 280 Application for Compensation filed by Accountant Berkowitz Dick Pollack & Brant LLP, 261 Application for Compensation, 277 Motion to Transfer Case filed by Debtor Lancer Partners, Limited Partnership, Interested Party Marty Steinberg) - all applications and motions granted. (Senteio, Renee) (Entered: 02/10/2004)

02/10/2004

Hearing Off (RE: 258 Motion to Extend Time filed by Debtor Lancer Partners, Limited Partnership) - moot. (Senteio, Renee) (Entered: 02/10/2004)

02/10/2004

317 Order Granting Application For Compensation (RE: 261) Granting for Neubert, Pepe & Monteith, P.C., fees awarded: $3337.00, expenses awarded: $144.61 Signed on 2/10/2004. (Caban, Eunice) (Entered: 02/11/2004)

02/10/2004

318 Order Granting Application For Compensation (RE: 280) Granting for Berkowitz Dick Pollack & Brant LLP, fees awarded: $44,455.00, expenses awarded: $2347.28 Signed on 2/10/2004. (Caban, Eunice) (Entered: 02/11/2004)

02/10/2004

319 Order Granting Application For Compensation (RE: 286) Granting for Hunton & Williams, LLP, fees awarded: $62,163.55, expenses awarded: $2,096.27 Signed on 2/10/2004. (Caban, Eunice) (Entered: 02/11/2004)

02/10/2004

320 Order Granting Motion To Transfer Case To The United States District Court For The Southern District Of Florida. (RE:277) Signed on 2/10/2004. (Caban, Eunice) (Entered: 02/11/2004)

02/13/2004

321 BNC Certificate of Mailing - PDF Document. Service Date 02/13/2004. (Related Doc # 317) (Admin.) (Entered: 02/14/2004)

02/13/2004

322 BNC Certificate of Mailing - PDF Document. Service Date 02/13/2004. (Related Doc # 318) (Admin.) (Entered: 02/14/2004)

02/13/2004

323 BNC Certificate of Mailing - PDF Document. Service Date 02/13/2004. (Related Doc # 319) (Admin.) (Entered: 02/14/2004)

02/13/2004

324 BNC Certificate of Mailing - PDF Document. Service Date 02/13/2004. (Related Doc # 320) (Admin.) (Entered: 02/14/2004)

02/24/2004

Hearing Off (RE: 295 Application to Employ John B. Wasserman and Sender & Wasserman, P. C. as Special Counsel Nunc Pro Tunc filed by Debtor Lancer Partners, Limited Partnership) - case transferred to the Southern District of Florida. (Senteio, Renee) (Entered: 02/24/2004)