FILED

MAY 24 2004

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE: LANCER PARTNERS, LIMITED PARTNERSHIP          CASE NUMBER: 04-80211

JUDGE: WILLIAM J. ZLOCH

CHAPTER 11

DEBTOR'S QUARTERLY FINANCIAL REPORTS (BUSINESS)

FOR THE PERIOD

FROM APRIL 17, 2003 TO JUNE 30, 2003

Comes now the above-named debtor and files its Periodic Financial Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor

Debtor's Address
and Phone Number:

Hunton & Williams, LLP
1111 Brickell Avenue, Ste 2500
Miami, Florida 33131-1802
(305) 810-2500

Attorney's Address
and Phone Number:

Hunton & Williams, LLP
1111 Brickell Avenue, Ste 2500
Miami, Florida 33131-1802
(305) 810-2500

## QUARTERLY FINANCIAL REPORT FOR BUSINESS

### FOR THE PERIOD BEGINNING APRIL 17, 2003 AND ENDING JUNE 30, 2003

Name of Debtor: Lancer Partners, Limited Partnership    Case Number: 04-80211
Date of Petition:   April 16, 2003

|   |   |   | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1 | CASH AT BEGINNING OF PERIOD | | $ 212,320.65 | $ 212,320.65 |
| 2 | RECEIPTS: | | | |
|   | A. | Cash Sales | 0.00 | 0.00 |
|   |   | Less: Cash Refunds | 0.00 | 0.00 |
|   |   | Net Cash Sales | 0.00 | 0.00 |
|   | B. | Collections on Post-petition A/R | 0.00 | 0.00 |
|   | C. | Collections on Pre-petition A/R | 0.00 | 0.00 |
|   | D. | Other Receipts (Attach List) | 1,211,170.21 | 1,211,170.21 |
|   |   | (if you receive rental income, you must attach a rent roll) | | |
| 3 | TOTAL RECEIPTS | | 1,211,170.21 | 1,211,170.21 |
| 4 | TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | 1,423,490.86 | 1,423,490.86 |
| 5 | DISBURSEMENTS | | | |
|   | A. | U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
|   | B. | Net Payroll | 0.00 | 0.00 |
|   | C. | Payroll Taxes Paid | 0.00 | 0.00 |
|   | D. | Sale & Use Taxes | 0.00 | 0.00 |
|   | E. | Other Taxes | 0.00 | 0.00 |
|   | F. | Rent | 0.00 | 0.00 |
|   | G. | Other Leases | 0.00 | 0.00 |
|   | H. | Telephone | 0.00 | 0.00 |
|   | I. | Utilities | 0.00 | 0.00 |
|   | J. | Travel & Entertainment | 0.00 | 0.00 |
|   | K. | Vehicle Expenses | 0.00 | 0.00 |
|   | L. | Office Supplies | 0.00 | 0.00 |
|   | M. | Advertising | 0.00 | 0.00 |
|   | N. | Insurance | 0.00 | 0.00 |
|   | O. | Purchase of Fixed Assets | 0.00 | 0.00 |
|   | P. | Purchase of Inventory | 0.00 | 0.00 |
|   | Q. | Manufacturing Supplies | 0.00 | 0.00 |
|   | R. | Repairs & Maintenance | 0.00 | 0.00 |
|   | S. | Payments to Secured Creditors | 0.00 | 0.00 |
|   | T. | Other Operating Expenses (Attach List) | 250,284.69 | 250,284.69 |
| 6 | TOTAL CASH DISBURSEMENTS | | 250,284.69 | 250,284.69 |
| 7 | ENDING CASH BALANCE (Line 4 - Line 6) | | $1,173,206.17 | $ 1,173,206.17 |

## QUARTERLY FINANCIAL REPORT FOR BUSINESS

### Attached List

### FOR THE PERIOD BEGINNING APRIL 17, 2003 AND ENDING JUNE 30, 2003

Name of Debtor: Lancer Partners, Limited Partnership          Case Number: 04-80211

2D. Other Receipts:

| | |
|---|---|
| Proceeds from the sale of investments | $1,211,170.21 |
| | $1,211,170.21 |

5T. Other Operating Expenses:

| | |
|---|---|
| Transfer to Lancer Management Group II | $ 250,000.00 |
| Interest expense | 284.69 |
| | $ 250,284.69 |

## ATTACHMENT 1

## QUARTERLY ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

Name of Debtor: Lancer Partners, Limited Partnership           Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

ACCOUNTS RECEIVABLE AT PETITION DATE:            N/A

ACCOUNTS RECEIVABLE RECONCILIATION (Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | |
|---|---|
| Beginning of Quarter Balance | |
| PLUS: Current Quarter New Billings | |
| LESS: Collections During the Quarter | - |
| End of Quarter Balance | $ - |

AGING: (Show the total amount for each age group of accounts incurred since filing the petition)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|

ATTACHMENT 2

QUARTERLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Lancer Partners, Limited Partnership                     Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $ - |

ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only):

| | |
|---|---|
| Opening Balance (total from prior report) | _____ |
| PLUS: New Indebtedness Incurred This Quarter | _____ |
| LESS: Amount Paid on Prior Accounts Payable | _____ |
| Ending Quarter Balance | $ - |

SECURED: List the status of Payments to Secured Creditors and Lessors (Post-Petition Only)

| Secured Creditor/ Lessor | Date Payment Due | Payment Amount | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | $ - |

ATTACHMENT 3

INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: Lancer Partners, Limited Partnership                Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                N/A

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of Period | $ - |
| Inventory Purchased During Period | - |
| Inventory Used or Sold | |
| Inventory On Hand at End of Period | $ - |

METHOD OF COSTING INVENTORY: _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:           N/A
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Quarter | |
| LESS: Depreciation Expense | |
| PLUS: New Purchases | - |
| Ending Quarterly Balance | $ - |

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING

## ATTACHMENT 4

## QUARTERLY BANK ACCOUNT RECONCILIATION

Name of Debtor: Lancer Partners, Limited Partnership                Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposits, money market accounts, stocks and bonds, etc.

NAME OF BANK:       Banc of America Securities LLC

ACCOUNT NAME:       Lancer Partners, LP

ACCOUNT NUMBER:     118-11892-1-6 045

PURPOSE OF ACCOUNT:        Brokerage Account

| | |
|---|---:|
| Beginning Balance | $ 212,320.65 |
| Total of Deposits Made | 1,211,170.21 |
| Total Amounts of Checks Written | 250,000.00 |
| Service Charges [1] | 284.69 |
| Closing Balance | $ 1,173,206.17 |
| Number of First Check Written this Period | N/A |
| Number of Last Check Written this Period | N/A |
| Total Number of Checks Written this Period | - |

1 - This amount represents margin interest charged during the period.

ATTACHMENT 5

CHECK REGISTER

Name of Debtor: Lancer Partners, Limited Partnership                    Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

NAME OF BANK:         Banc of America Securities LLC              BRANCH: _____

ACCOUNT NAME:         Lancer Partners, LP

ACCOUNT NUMBER:       118-11892-1-6 045

PURPOSE OF ACCOUNT:   Brokerage Account

Account for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 06/16/03 | Transfer | Transfer to Lancer Management Group II | Repay Operating Expenses paid by Lancer Management Group II | $ 250,000.00 |
| | | | | $ 250,000.00 |

## ATTACHMENT 6

## QUARTERLY TAX REPORT

Name of Debtor: Lancer Partners, Limited Partnership                Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

### TAXES PAID DURING THE QUARTER

Report all post-petition taxes paid directly or deposited into the tax account.

| Date | Bank | Description | Amount |
|------|------|-------------|--------|
|      |      | N/A         | $   -  |

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, and State workmen's compensation. The last tax returns filed are as follows, with related periods:

Sales and use taxes:        Date Filed                Period

| Name of Taxing Authority | Date Payment Due | Description | Amount |
|--------------------------|------------------|-------------|--------|
|                          |                  | N/A         |        |

ATTACHMENT 7

SUMMARY OF OFFICER OR OWNER COMPENSATION

SUMMARY OF PERSONNEL AND INSURANCE COVERAGE

Name of Debtor: Lancer Partners, Limited Partnership                             Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

Report all compensation received during the month. Do not include reimbursement for expenses incurred for which you have

| Name of Officer or Owner | Title | Amount Paid |
|---|---|---|
|  |  | $ - |
|  | N/A | - |
|  |  | $ - |

PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | - | - |
| Number hired during the period | - | - |
| Number terminated or resigned during period | - | - |
| Number of employees on payroll at end of period | - | - |

CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.

| Carrier | Agent & Phone Number | Policy Number | Coverage | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|

There are known insurance policies currently in effect.

ATTACHMENT 8

SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Name of Debtor: Lancer Partners, Limited Partnership          Case Number: 04-80211

Reporting Period beginning April 17, 2003 and ending June 30, 2003

      See Receiver's Status Reports filed October 2003, January 2004 and April 2004